| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lignus, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-1236587** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**531 Alta Road #8**<br>**San Diego, CA 92154**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ | |

Debtor **Lignus, Inc.**
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Lignus, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Lignus, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 7, 2017**
                MM / DD / YYYY

**X /s/ Jose Gaitan**
Signature of authorized representative of debtor

**Jose Gaitan**
Printed name

Title   **CFO**

**18. Signature of attorney**

**X /s/ Kit James Gardner**
Signature of attorney for debtor

Date **September 7, 2017**
     MM / DD / YYYY

**Kit James Gardner**
Printed name

**Law Offices of Kit J. Gardner**
Firm name

**501 W. Broadway, Ste 800
San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **619-525-9900**   Email address  **kgardner@gardnerlegal.com**

**161736**
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

# RESOLUTION OF THE BOARD OF DIRECTORS OF
# LIGNUS, INC.

A Special Meeting of the Board of Directors of Lignus, Inc., a California corporation ("Corporation") took place on August 7, 2017, at which time the following Resolution was adopted:

WHEREAS it is in the best interest of the Corporation to file a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code;

RESOLVED that the members of the Board of Directors hereby unanimously consent to and approve the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation;

RESOLVED FURTHER that Jose Gaitan, CFO, or any other officer of the Corporation, is authorized and directed to execute and deliver all documents necessary to effectuate the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation;

RESOLVED FURTHER, that Jose Gaitan, CFO, or any other officer of the Corporation, is authorized and directed on behalf of the Corporation and in its name to take all actions and execute all documents deemed necessary or desirable to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case;

RESOLVED FURTHER, that the Corporation is authorized and directed to retain the Law Offices of Kit J. Gardner (the "Firm") to represent the Corporation in all aspects of its bankruptcy case. Further, the execution by Jose Gaitan, CFO, of the retainer agreement dated August 7, 2017 between the Corporation and the Firm is hereby authorized and/or ratified and the terms of said retainer agreement are hereby approved, authorized and/or ratified in all respects.

Dated: 08-07-2017

_____
Carmen Elisa Hernandez

Dated: 08/07/2017

_____
Jose Carlos Gaitan

Dated: 08/07/2017

_____
Jose Gaitan

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lignus, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2017**      X **/s/ Jose Gaitan**
Signature of individual signing on behalf of debtor

**Jose Gaitan**
Printed name

**CFO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Lignus, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abalon Hardwood GmbH  Europastrasse 2  7561 Heiligenkreuz im  Lafbitztal AUSTRIA | | Trade debt | | | | $126,334.99 |
| Amerfit Hardware  14331 Proctor Ave.  La Puente, CA 91746 | | Trade debt | | | | $5,393.00 |
| Buckeye Pacific LLC  P.O. Box 168  Portland, OR 97207 | | Trade debt | | | | $308,144.24 |
| Central National-Gottesman  Altmannsdorfer Strasse 74  1120 Wien  AUSTRIA | | Trade debt | | | | $88,720.00 |
| Ekman & Co Ab  Lilla Bommen 1  P.O.Box 230 SE-401 23  Gothenburg  SWEDEN | | Trade debt | | | | $445,574.89 |
| Far East American  5410 McConnell Ave  Los Angeles, CA 90066 | | Trade debt | | | | $80,423.50 |
| Hettich  4295 Hamilton Mill Rd, Ste. 40  Buford, GA 30518 | | Trade debt | | | | $30,160.82 |
| KB Lumber Co.  P.O. Box 150444  Ogden, UT 84415 | | Trade debt | | | | $20,207.20 |

Debtor **Lignus, Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MFC Commodities GmbH**<br>**Millenium Tower**<br>**Handelskai 94-96, 21st Floor**<br>**A-1200 VIENNA** | | **Trade debt** | | | | $30,578.36 |
| **Midwest Hardwood Corporation**<br>**141 Cerulean Rd.**<br>**Cadiz, KY 42211** | | **Trade debt** | | | | $32,031.42 |
| **Natural Trade Ltd.**<br>**309-1277 Lynn Valley Rd.**<br>**North Vancouver, B.C.**<br>**CANADA  V7J 0A2** | | **Trade debt** | | | | $257,499.54 |
| **Northland Corporation**<br>**P.O. Box 265**<br>**La Grange, KY 40031** | | **Trade debt** | | | | $90,383.35 |
| **Parr Lumber Company**<br>**14023 Ramona Ave.**<br>**Chino, CA 91708** | | **Trade debt** | | | | $323,072.66 |
| **Shelter Products, Inc.**<br>**1490 SE Gideon St., Ste. 100**<br>**Portland, OR 97202-2444** | | **Trade debt** | | | | $122,852.96 |
| **Smith Companies Trading, LLC**<br>**P.O. Box 479**<br>**Pelham, AL 35124** | | **Trade debt** | | | | $53,697.65 |
| **Staples**<br>**P.O. Box 414524**<br>**Boston, MA 02241-4524** | | **Trade debt** | | | | $828.29 |
| **Sweetwater Authority**<br>**505 Garrett Ave.**<br>**Chula Vista, CA 91910** | | **Utility** | | | | $289.13 |
| **UFP Riverside, LLC**<br>**2100 Avalon St**<br>**Riverside, CA 92509** | | **Trade debt** | | | | $38,523.16 |
| **Welter Forest Products, Inc.**<br>**P.O. Box 320**<br>**New London, WI 54961** | | **Trade debt** | | | | $77,436.40 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

```
CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
```
**Kit James Gardner**
**501 W. Broadway, Ste 800**
**San Diego, CA 92101**
**619-525-9900**
**161736**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Lignus, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.     TOTAL NO. OF CREDITORS: **37**

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS: ____
  ☐ Post-petition creditors added.  Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.


Date:   **September 7, 2017**        **/s/ Jose Gaitan**
                                     **Jose Gaitan**/**CFO**
                                     Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
```
CSD 1008
```

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

`CSD 1008 (Page 2)` [08/21/00]

# INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

Abalon Hardwood GmbH
Europastrasse 2
7561 Heiligenkreuz im
Lafbitztal AUSTRIA

Abalon Hardwood GmbH
Harthbergring 37
34613 Schwalmstadt
GERMANY

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Altus Global Trade Solutions
2400 Veterans Blvd Ste 300
Kenner, LA 70062

Amerfit Hardware
14331 Proctor Ave.
La Puente, CA 91746

Buckeye Pacific LLC
P.O. Box 168
Portland, OR 97207

Carmen Hernandez
531 Alta Road #8
San Diego, CA 92154

Central National-Gottesman
Altmannsdorfer Strasse 74
1120 Wien
AUSTRIA

Christina Melhouse, Esq.
Liggett, Davis, Pagnini et al.
3914 Murphy Canyon Rd #A162
San Diego, CA 92123

Coporation Service Co
PO Box 2576
Springfield, IL 62708-2576


Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


De Lage Landen Fin. Svcs.
1111 Old Eagle School Rd.
Wayne, PA 19087-1453


DirectCapital
155 Commerce Way
Portsmouth, NH 03801


Ekman & Co Ab
Lilla Bommen 1
P.O.Box 230 SE-401 23
Gothenburg SWEDEN


Estrada Family Trust
2765 Main St. Suite B
Chula Vista, CA 91911


Far East American
5410 McConnell Ave
Los Angeles, CA 90066


Hettich
4295 Hamilton Mill Rd, Ste. 40
Buford, GA 30518


Jose Carlos Gaitan
531 Alta Road #8
San Diego, CA 92154

```
Jose Gaitan
531 Alta Road #8
San Diego, CA 92154



KB Lumber Co.
P.O. Box 150444
Ogden, UT 84415



Land Rover Chase Fin. Group
PO Box 78074
Phoenix, AZ 85062-8074



MFC Commodities GmbH
Millenium Tower
Handelskai 94-96, 21st Floor
A-1200 VIENNA



Midwest Hardwood Corporation
141 Cerulean Rd.
Cadiz, KY 42211



Natural Trade Ltd.
309-1277 Lynn Valley Rd.
North Vancouver, B.C.
CANADA   V7J 0A2



Northland Corporation
P.O. Box 265
La Grange, KY 40031



Parr Lumber Company
14023 Ramona Ave.
Chino, CA 91708



Shelter Products, Inc.
1490 SE Gideon St., Ste. 100
Portland, OR 97202-2444
```

Smith Companies Trading, LLC
P.O. Box 479
Pelham, AL 35124


Staples
P.O. Box 414524
Boston, MA 02241-4524


Sweetwater Authority
505 Garrett Ave.
Chula Vista, CA 91910


Toyota Financial
PO Box 3457
Torrance, CA


Toyota Indus. Comm. Finance
PO Box 9050
Coppell, TX 75019-9050


Toyota Motor Credit Corp.
PO Box 3457
Torrance, CA 90510-3457


ToyotaLift, Inc.
11446 Woodside Ave N
Santee, CA 92071-4727


UFP Riverside, LLC
2100 Avalon St
Riverside, CA 92509


Wells Fargo Equipment Finance
733 Marquette Ave
Suite 700
Minneapolis, MN 55402-2340

```
Welter Forest Products, Inc.
P.O. Box 320
New London, WI 54961
```

**United States Bankruptcy Court**
**Southern District of California**

In re  **Lignus, Inc.**                                                                             Case No.
                                              Debtor(s)                                              Chapter    **11**


**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Lignus, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **September  7, 2017** | **/s/ Kit James Gardner** |
| Date | **Kit James Gardner** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Lignus, Inc.** |
| | **Law Offices of Kit J. Gardner** |
| | **501 W. Broadway, Ste 800** |
| | **San Diego, CA 92101** |
| | **619-525-9900 Fax:619-374-2241** |
| | **kgardner@gardnerlegal.com** |