CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Kit James Gardner (161736)
LAW OFFICES OF KIT J. GARDNER
501 West Broadway, Suite 800
San Diego, CA 92101-7994
Telephone: (619) 525-9900
Facsimile: (619) 374-2241

Order Entered on
October 6, 2017
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LIGNUS, INC.

Debtor.

BANKRUPTCY NO. 17-05475-CL11

Date of Hearing: October 4, 2017
Time of Hearing: 11:00 a.m.
Name of Judge: Hon. Christopher B. Latham

## ORDER ON
## MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __4__

//
//
//
//
//
//

DATED: October 6, 2017

_/s/ Christopher B. Latham_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

LAW OFFICES OF KIT J. GARDNER
(Firm name)

By: /s/ Kit J. Gardner
    Attorney for ☑ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL
DEBTOR: LIGNUS, INC.                                                        CASE NO: 17-05475-CL11

The First Day Emergency Motion by the Debtor, Lignus, Inc. (the "Debtor") for an Order Authorizing the Use of Cash Collateral (the "Motion") was filed on behalf of the Debtor on September 9, 2017. On September 11, 2017, the Court granted the Motion on an interim basis [Docket No. 11] (the "Order"). In its Order, the Court scheduled a hearing to be held on October 4, 2017, at 11:00 a.m. for final approval of the Motion, and provided that any opposition to the Motion must be filed by September 27, 2017. Notice of the Order was served on creditors on September 12, 2017 [Docket No. 13].

At the hearing held on October 4, 2017, the Court revisited the Debtor's Motion. No opposition to the Motion was filed. After revisiting and considering the Motion, and finding that notice of the Motion and notice of the Court's Order approving the Motion on an interim basis was properly given,

IT IS HEREBY ORDERED THAT the Debtor's Motion is granted on a final basis, and the Debtor is authorized to use cash collateral (as that term is defined in Section 363(a) of the United States Bankruptcy Code, 11 U.S.C. § 363(a)) (hereafter referred to as the "Cash Collateral") to pay U.S. Trustee quarterly fees and other expenses arising out of the operation of the Debtor's business in the ordinary course.

IT IS SO ORDERED.

CSD 1001A

Signed by Judge Christopher B. Latham October 6, 2017