UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

LIGNUS, INC.

                                   Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 17-05475-CL11
OPERATING REPORT NO. 1
FOR THE MONTH ENDING:
SEPTEMBER 30, 2017

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS               $ 0

2. LESS:    TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
            ACCOUNT REPORTS                                           $ 0

3. BEGINNING BALANCE: From Wells Fargo pre-petition account           $ 18,138.57

4. RECEIPTS DURING CURRENT PERIOD:

    ACCOUNTS RECEIVABLE - PRE-FILING          $ 284,787.66
    ACCOUNTS RECEIVABLE - POST-FILING         $
    GENERAL SALES                             $
    OTHER (SPECIFY) Closing First Bank account  $ 26,340.60
    OTHER ** (SPECIFY)_____         $

                            TOTAL RECEIPTS THIS PERIOD:    $ 329,266.83
5. BALANCE:                                                $ 329,266.83

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

    TRANSFERS TO OTHER DIP ACCOUNTS           $
    DISBURSEMENTS                             $ 318,842.33
    TOTAL DISBURSEMENTS THIS PERIOD ***:                   $ 318,842.33

7. ENDING BALANCE:                                         $ 10,424.5

8. GENERAL ACCOUNT NUMBER  xxxxxxxxxx9807

   DEPOSITORY NAME AND LOCATION   California Bank & Trust
   444 3rd Ave, Chula Vista, CA 91910

---

*   All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

| DISBURSEMENT S FROM | | | | | |
|---|---|---|---|---|---|
| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT | |
| 9/20/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 14.00 |
| 9/22/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 14.00 |
| 9/22/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 15.00 |
| 9/22/2017 | WIRE | Oasis Outsourcing | Payroll | $ | 7,469.46 |
| 9/25/2017 | WIRE | Quart International | Invoice Payment | $ | 36,229.80 |
| 9/25/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 50.00 |
| 9/25/2017 | WIRE | CA Bank & Trust | Checks | $ | 286.49 |
| 9/25/2017 | WIRE | T-mobile | Invoice Payment | $ | 757.90 |
| 9/26/2017 | WIRE | Quart International | Invoice Payment | $ | 22,000.00 |
| 9/26/2017 | WIRE | PVS | Invoice Payment | $ | 3,000.00 |
| 9/29/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 14.00 |
| 9/29/2017 | WIRE | Quart | Invoice Payment | $ | 47,061.76 |
| 9/29/2017 | WIRE | Kuehne & Nagel | Invoice Payment | $ | 33,920.57 |
| 9/29/2017 | WIRE | Oasis Outsourcing | Payroll | $ | 7,369.46 |
| 9/20/2017 | 9999 | Parr Lumber Company | Invoice Payment | $ | 11,579.78 |
| 9/21/2017 | 9999 | Hampton Lumbr Sales | Invoice Payment | $ | 9,026.64 |
| 9/21/2017 | 9999 | Parr Lumber Company | Invoice Payment | $ | 23,132.25 |
| 9/22/2017 | 9999 | Parr Lumber Company | Invoice Payment | $ | 26,118.46 |
| 9/25/2017 | 9999 | Lauro Chavez | Office Expenses | $ | 37.99 |
| 9/26/2017 | 1001 | Parr Lumber Company | Invoice Payment | $ | 24,709.71 |
| 9/26/2017 | 1002 | VOIDED | | $ | - |
| 9/27/2017 | 1003 | Transporte Mayito's | Invoice Payment | $ | 800.00 |
| 9/27/2014 | 1004 | VOIDED | | $ | - |
| 9/28/2017 | 1005 | Parr Lumber Company | Invoice Payment | $ | 35,932.11 |
| 9/28/2017 | 1006 | Maria Hagenah | Reimbursement for Office Cabinets | $ | 914.91 |
| 9/28/2017 | 9999 | Pedro Duran | Sales Commision | $ | 1,000.00 |
| 9/29/2017 | 1007 | Hampton Lumbr Sales | Invoice Payment | $ | 17,368.77 |
| 9/29/2017 | 1008 | VOIDED | | $ | - |
| 9/29/2017 | 1009 | VOIDED | | $ | - |
| 9/29/2017 | 1110 | Lauro Chavez | Office Expenses | $ | 380.61 |
| 9/29/2017 | 1111 | Carlos Tellez | Office Supplies | $ | 29.06 |
| 9/29/2017 | 1012 | Parr Lumber Company | Invoice Payment | $ | 9,609.60 |
| | | TOTAL DISBURSEMENTS THIS PERIOD | | $ | 318,842.33 |

GENERAL ACCOUNT
BANK  RECONCILIATION*

Balance per bank statement dated: 9/29/2017                          $ 10,834.17

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $ _____ |
| _____ | _____ |
| _____ | _____ |

Total deposits in transit                                                            0

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1010 | 9/29/2017 | $380.61 |
| 1011 | 9/29/2017 | $29.06 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total outstanding checks                                        <409.67            >

Bank statement adjustments**                        _____

Adjusted bank balance                                    $ 10,424.50

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 3 of 14

I. <u>CASH RECEIPTS AND DISBURSEMENTS</u> (Continued)
B. <u>(PAYROLL ACCOUNT)</u>

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                                           $ <u>N/A          </u>

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
        ACCOUNT REPORTS                                                                                                   $ _____

3.  BEGINNING BALANCE                                                                                                     $ _____

4.  RECEIPTS:
        TRANSFERRED FROM GENERAL ACCOUNT                                                                     $ _____

5.  BALANCE                                                                                                                      $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    <u>DATE</u>          <u>CHECK NO.</u>                    <u>PAYEE</u>                    <u>AMOUNT</u>

                                                                        TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                                                                                      $ _____

8.  PAYROLL ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____

                                                        Debtor-in-Possession Monthly Operating Report (Business) - Page 4 of 14

## PAYROLL ACCOUNT
## BANK  RECONCILIATION*

Balance per bank statement dated: _____          $ <u>N/A</u> _____

Plus deposits in transit (a):

<u>Deposit Date</u>          <u>Deposit Amount</u>

_____          $ _____

_____          _____

_____          _____

     Total deposits in transit          _____

Less outstanding checks (a):

<u>Check Number</u>          <u>Check Date</u>          <u>Check Amount</u>

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

     Total outstanding checks          < _____ >

Bank statement adjustments**          _____

Adjusted bank balance          $ _____

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 5 of 14

I. <u>CASH RECEIPTS AND DISBURSEMENTS</u> (Continued)
B. <u>(TAX ACCOUNT)</u>

1.    TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    $ <u>N/A          </u>

2.    LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
          ACCOUNT REPORTS                                              $ <u>            </u>

3.    BEGINNING BALANCE                                                $ <u>            </u>

4.    RECEIPTS:
          TRANSFERRED FROM GENERAL ACCOUNT                            $ <u>            </u>

5.    BALANCE                                                          $ <u>            </u>

6.    LESS: DISBURSEMENTS DURING CURRENT PERIOD

      <u>DATE</u>          <u>CHECK NO.</u>              <u>PAYEE</u>              <u>AMOUNT</u>


                                          TOTAL DISBURSEMENTS THIS PERIOD: $ <u>            </u>

7.    ENDING BALANCE:                                                  $ <u>            </u>


8.    TAX ACCOUNT NUMBER <u>                                   </u>

      DEPOSITORY NAME AND LOCATION <u>                                             </u>

      <u>                                                                        </u>


D. <u>SUMMARY SCHEDULE OF CASH</u>

ENDING BALANCE FOR PERIOD:

          GENERAL ACCOUNT                    $ <u>            </u>
          PAYROLL ACCOUNT                    $ <u>            </u>
          TAX ACCOUNT                        $<u>            </u>
          OTHER ACCOUNTS*:<u>              </u>   $ <u>            </u>
          OTHER MONIES*:<u>                 </u>   $ <u>            </u>
          PETTY CASH**                       $ <u>            </u>

      TOTAL CASH AVAILABLE                   $ <u>            </u>

* Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.
** Attach exhibit itemizing all petty cash transactions.

NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

Debtor-in-Possession Monthly Operating Report (Business) - Page 6 of 14

## TAX ACCOUNT BANK
## RECONCILIATION*

Balance per bank statement dated: _____                    $ <u>N/A</u> _____

Plus deposits in transit (a):

| <u>Deposit Date</u> | <u>Deposit Amount</u> |
|---|---|
| _____ | $ _____ |
| _____ | _____ |
| _____ | _____ |

       Total deposits in transit                                         _____

Less outstanding checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

       Total outstanding checks                              <_____>

Bank statement adjustments**                              _____

Adjusted bank balance                              $ _____


\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 7 of 14

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Chase/Land Rover* | Monthly | $1,231.43 | 0 | 0 |
| Ally* | Monthly | $873.51 | 0 | 0 |
| | | | | |
| | | | | |
| | | | TOTAL DUE | 0 |

* Payments are being made by third party.

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
 GROSS SALES SUBJECT TO SALES TAX $ 0
 TOTAL WAGES PAID $ 33,672.40 (incl. pre-petition)

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER: (SPECIFY) | $ | $ | |
| TOTAL: | $ | $ | |

**NOTE**: All payroll and taxes are paid by Oasis Outsourcing, Inc. ("Oasis"), a Professional Employer Organization, which bills the Debtor for the gross liability paid by Oasis. The Debtor is current on its obligations to Oasis.

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|
| 30 days or less | 122,954.69 | 710,418.43 | 474,246.71 |
| 31 - 60 days |  | 426,397.05 |  |
| 61 - 90 days |  | 210,38.86 |  |
| 91 - 120 days |  | 3,132.01 |  |
| Over 120 days |  | 50,727.19 |  |
| TOTALS: | 122,954.69 | 1,401,713.36 | 474,246.71 |

## V.  INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | United Fire Group | $1,000,000.00 | 7/21/2018 | Current |
| Worker Compensation | Zurich | $1,000,000.00 | 6/01/2018 | Current |
| Casualty | Liberty Mutual | $300,000.00 | 12/04/2017 | Current |
| Vehicle | Progressive | $100,000.00 | 1/07/2018 | Current |
| _____ |  |  |  |  |
| _____ |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| 9/30/2017 | $368,452.60 | $4,875.00 | 10/17/2017 | $325.00 | $4,550.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*  Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Debtor-in-Possession Monthly Operating Report (Business) - Page 9 of 14

## VII. <u>SCHEDULE OF COMPENSATION PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| Carmen Hernandez | Interim 9/11/17 Final 10/6/2017 | $1,800.00 /week | $9,000.00** |
| Jose Gaitan | Interim 9/11/17 Final 10/6/2017 | $1,800.00/week | $9,000.00** |
| Jose Carlos Gaitan | Interim 9/11/17 Final 10/6/2017 | $634.48/week | $3,172.40** |
| | | | |
| | | | |

*  Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

**Indicates payments made for the entire month of September, including pre-petition payment.

## VIII. <u>SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 14

**Lignus, Inc**

## ▌Profit and Loss Statement

| | | |
|---|---|---|
| Posting Date: | **From** 09/09/17 | **To** 09/30/17 |
| | Template: | **Chart of Accounts** |
| | Report Cycle: | **Annual Report** |

| Transaction Cross-Section by | Posting Date | Currency: **$** |
|---|---|---|
| Account Name | System Currency | Year-to-Date |

| | System Currency | Year-to-Date |
|---|---|---|
| **Revenues** | | |
| 410000000000000 - Sales Revenue | 475,460.28 | 6,094,781.56 |
| 420000000000000 - Sales Discounts & Rebates | | (17,039.88) |
| 430000000000000 - Other Revenue | | 184,258.10 |
| **Total Revenues** | **475,460.28** | **6,261,999.78** |
| **Cost of Sales** | | |
| 510000000000000 - Cost of Sales | (443,629.59) | (5,838,096.41) |
| 520000000000000 - Cost of Sales Inventory Variances | (7,626.10) | (36,896.50) |
| 530000000000000 - Cost of Sales - Landed Costs | 35.00 | 46,309.23 |
| 540000000000000 - Cost of Sales - Resources Costs & Variances | | |
| 550000000000000 - Cost of Sales - Cash Discount | | (1,810.83) |
| **Total Cost of Sales** | **(451,220.69)** | **(5,830,494.51)** |
| **Gross Profit** | **24,239.59** | **431,505.27** |
| **Expenses** | | |
| 610000000000000 - Office & Administrative Expenses | (4,294.37) | (261,881.03) |
| 620000000000000 - Legal & Professional Expenses | | (48,608.06) |
| 630000000000000 - Travel Expenses | | (18,571.57) |
| 640000000000000 - Payroll Expenses | (14,915.90) | (293,393.74) |
| 650000000000000 - Tax Expenses | (1,023.02) | (26,073.25) |
| 660000000000000 - Sales Write Offs and Bad Debt Expense | | |
| 670000000000000 - Depreciation & Amortization Expenses | | |
| 680000000000000 - Other Expenses | | (106.63) |
| 690000000000000 - Operational fees | (5,436.57) | (44,840.77) |
| **Total Expenses** | **(25,669.86)** | **(693,475.05)** |
| **Operating Profit** | **(1,430.27)** | **(261,969.78)** |
| **Financing** | | |
| 710000000000000 - Currency Exchange | | (0.01) |
| **Total Financing** | | **(0.01)** |
| **Profit After Financing Expenses** | **(1,430.27)** | **(261,969.79)** |

**Lignus, Inc**

## Profit and Loss Statement

Currency: **$**

| Account Name | System Currency | Year-to-Date |
|---|---|---|
| **Other Revenues and Expenses** | | |
| 810000000000000 - Other Revenue & Expenses | | |
| **Total Other Revenues and Expenses** | | |
| **Profit Period** | **(1,430.27)** | **(261,969.79)** |
| | ================== | ================== |

**Lignus, Inc**

## Balance Sheet

| | | Template: | **Chart of Accounts** | Report Cycle: | **Annual Report** | Posting Date: | To | **09/30/17** |

Transaction Cross-Section by        Posting Date:                                                                                                Currency: $

| Account Name | Balance | Account Name | Balance |
|---|---|---|---|
| **Assets** | | **Liabilities** | |
| 110000000000000 - Bank & Cash | 10,519.58 | 210000000000000 - Accounts Payable * | 2,356,089.24 |
| 120000000000000 - Accounts Receivables | 1,876,460.07 | 220000000000000 - Sales & Use Tax Liabilities | 2,287.37 |
| 130000000000000 - Inventories | 171,861.64 | 230000000000000 - Payroll Liabilities | 800.00 |
| 140000000000000 - Prepaid Expense | | 240000000000000 - Other Current Liabilities | 73,388.03 |
| 150000000000000 - Fixed Assets | 127,410.77 | 240100000000000 - Other Accounts Payable | |
| 160000000000000 - Accumulated Depreciation | (7,808.57) | 250000000000000 - Long Term Liabilities | |
| 170000000000000 - Other Current Assets | 7,953.36 | **Total Liabilities** | **2,432,564.64** |
| 180000000000000 - Other asset | 13,500.00 | **Equity** | |
| **Total Assets** | **2,199,896.85** | 310000000000000 - Capital | (16,465.01) |
| | | 320000000000000 - Retained Earnings | 103,047.35 |
| | **2,199,896.85** | 330000000000000 - Opening Balance & Period Closing | |
| | ============= | Profit Period | (319,250.13) |
| | | **Total Equity** | **(232,667.79)** |
| | | | **2,199,896.85** |
| | | | ============= |

* Post-petition accounts payable are included in this figure, and
were $122,954.69 as of 9/30/17

XI.  <u>QUESTIONNAIRE</u>

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

     <u>  X  </u>No.

     _____Yes.  Explain _____

     _____


2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

     <u>  X  </u>No.

     _____Yes. Amount, to whom, and for what period? _____

     _____


3.  State what progress was made during the reporting period toward filing a plan of reorganization:

     The Debtor filed its Chapter 11 petition during the reporting period.  The Debtor made progress with

     respect to obtaining Orders on First Day Motions, filing Schedules, and working toward fulfilling reporting

     requirements.

     _____


4.  Describe potential future developments which may have a significant impact on the case.

     _____

     _____

     _____

     _____

     _____


5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.


Debtor-in-Possession Monthly Operating Report (Business) - Page 13 of 14

6.    Did you receive any exempt income this month, which is not set forth in the operating report?

   X       No.

   _____Yes. Please set forth the amounts and the source of the income.

_____

_____

_____


   I, Jose Gaitan, CFO of Lignus, Inc.          (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


Date:  October 23, 2017                    _____/s/ Jose Gaitan_____
                                            Jose Gaitan, CFO of Lignus, Inc.

Debtor-in-Possession Monthly Operating Report (Business) - Page 14 of 14

# CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: September 29, 2017
Last Statement: September 17, 2017

Account ▮▮▮▮9807

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0072536                4273-06-0000-CBT-PG0030-00021

LIGNUS INC
DEBTOR-IN-POSSESSION CASE 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO CA  92154-5720

Chula Vista
444 Third Avenue
Chula Vista, CA 91910-4603
(619) 409-4000

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | 5794059807 | $10,834.17 | |

## BUSINESS ADVANTAGE CHECKING 5794059807

105    21

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 329,266.83 | 158,202.44 | 160,230.22 | 10,834.17 |

### 13 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 09/19 | 18,138.57 | DEPOSIT 5353025889 |
| 09/20 | 162.22 | DEPOSIT 5353017508 |
| 09/20 | 1,196.31 | DEPOSIT 5353017510 |
| 09/20 | 26,340.60 | DEPOSIT 5353038841 |
| 09/20 | 107,101.29 | DEPOSIT 5353038839 |
| 09/20 | 50,000.00 | WIRE/IN-2017092000004629;ORG CARPIMAT DEL NOROESTE S DE RL D  1304601276 |
| 09/22 | 77.37 | DEPOSIT 5353034625 |
| 09/22 | 462.04 | DEPOSIT 5353034623 |
| 09/22 | 50,000.00 | WIRE/IN-2017092200007708;ORG CARPIMAT DEL NOROESTE S DE RL D  1304201953 |
| 09/22 | 19,852.56 | WIRE/IN-2017092200005315;ORG MADERAS FINAS LOS PINOS S DE RL  1304201350 |
| 09/25 | 25,627.69 | DEPOSIT 5353058593 |
| 09/28 | 308.18 | DEPOSIT 5353039166 |
| 09/29 | 30,000.00 | WIRE/IN-2017092900007349;ORG CARPIMAT DEL NOROESTE S DE RL D  1304402088 |

### 14 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/20 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 09/22 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 09/22 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 09/22 | 7,469.46 | OASISINVBATCH INVOICE H02597882 REF # 017264006875995  1107009369 |
| 09/25 | 36,229.80 | WIRE/OUT-2017092500003032;BNF QUART INTERNATIONAL COMPANY LI  1304500786 |
| 09/25 | 50.00 | WIRE FEE-OUTGOING FOREIGN |
| 09/25 | 286.49 | DELUXE BUS SYS. BUS PRO 80867757 REF # 017268008247287  1108028062 |
| 09/25 | 757.90 | T-MOBILE.COM PCS SVC REF # 01726800831O396  1108041064 |
| 09/26 | 22,000.00 | WIRE/OUT-2017092600004596;BNF QUART INTERNATIONAL COMPANY LI  1304001234 |
| 09/26 | 3,000.00 | WIRE/OUT-2017092600006012;BNF PVS INTERNATIONAL  1304001597 |
| 09/29 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 09/29 | 47,061.76 | WIRE/OUT-2017092900006666;BNF QUART INTERNATIONAL COMPANY LI  1304401906 |
| 09/29 | 33,920.57 | WIRE/OUT-2017092900007669;BNF KUEHNE NAGEL SERVICES  1304402182 |
| 09/29 | 7,369.46 | OASISINVBATCH INVOICE H02601659 REF # 017271001282810  1107426106 |

A division of ZB, N.A. Member FDIC

0072536-0000001-0170973

## An Easy Approach To Balancing Your Account

Page 2 of 7

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc) | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.** The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

---

## 12  CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 09/26 | 24,709.71 | 1007 | 09/29 | 17,368.77 | 9999* | 09/21 | 23,132.25 |
| 1003* | 09/27 | 800.00 | 1012* | 09/29 | 9,609.60 | 9999* | 09/22 | 26,118.46 |
| 1005* | 09/28 | 35,932.11 | 9999* | 09/20 | 11,579.78 | 9999* | 09/25 | 37.99 |
| 1006 | 09/28 | 914.91 | 9999* | 09/21 | 9,026.64 | 9999* | 09/28 | 1,000.00 |

*Not in check sequence*

---

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/19 | 18,138.57 | 09/22 | 195,961.37 | 09/27 | 133,717.17 |
| 09/20 | 191,345.21 | 09/25 | 184,226.88 | 09/28 | 96,178.33 |
| 09/21 | 159,186.32 | 09/26 | 134,517.17 | 09/29 | 10,834.17 |

**California Bank & Trust**

This page intentionally left blank

0072536-0000002-0170974

**California Bank & Trust**    ACCOUNT 22█████9807



Ref# 53025889      $18138.57



Ref# 53017508      $162.22



Ref# 53017510      $1196.31



Ref# 53038841      $26340.60



Ref# 53038839      $107101.29



Ref# 53034625      $77.37



Ref# 53034623      $462.04

Ref# 53058593      $25627.69



Ref# 53039166      $308.18



Ref# 53068499      $24709.71      Ch# 1001

**California Bank & Trust**      ACCOUNT 22___9807



---

**Check 1003**

LIGNUS INC
DEBTOR-IN-POSSESSION, 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO, CA 92154

CALIFORNIA BANK & TRUST
CHULA VISTA OFFICE
CHULA VISTA, CALIFORNIA 91910
90-3210/1222

9/26/2017

PAY TO THE ORDER OF   ROSA ESTRADA        $ **800.00

*** Eight hundred and 00/100 ******************   DOLLARS

ROSA ESTRADA
2475 PASEO DE LAS AMERICAS #3657
SAN DIEGO CA 92154
USA

MEMO

Ref# 53074705        $800.00        Ch# 1003

**Check 1005**

LIGNUS INC
DEBTOR-IN-POSSESSION, 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO, CA 92154

CALIFORNIA BANK & TRUST
CHULA VISTA OFFICE
CHULA VISTA, CALIFORNIA 91910
90-3210/1222

9/20/2017

PAY TO THE ORDER OF   PARR LUMBER COMPANY        $ **35932.11

*** Thirty-five thousand nine hundred thirty-two and 11/100 *****   DOLLARS

PARR LUMBER COMPANY
14023 RAMONA AVE.
CHINO CA 91708

MEMO

Ref# 53055425        $35932.11        Ch# 1005

**Check 1006**

LIGNUS INC
DEBTOR-IN-POSSESSION, 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO, CA 92154

CALIFORNIA BANK & TRUST
CHULA VISTA OFFICE
CHULA VISTA, CALIFORNIA 91910
90-3210/1222

9/28/2017

PAY TO THE ORDER OF   MARIA JOSE HAGENAH        $ **914.91

*** Nine hundred and fourteen and 91/100 *****   DOLLARS

MARIA JOSE HAGENAH

MEMO

Ref# 53044907        $914.91        Ch# 1006

**Check 1007**

LIGNUS INC
DEBTOR-IN-POSSESSION, 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO, CA 92154

CALIFORNIA BANK & TRUST
CHULA VISTA OFFICE
CHULA VISTA, CALIFORNIA 91910
90-3210/1222

9/28/2017

PAY TO THE ORDER OF   HAMPTON LUMBER SALES COMPANY        $ **17368.77

*** Seventeen thousand three hundred sixty-eight and 77/100 ****   DOLLARS

HAMPTON LUMBER SALES COMPANY
P.O. BOX 849669
LOS ANGELES CA 90084-9669
USA

MEMO

Ref# 53004650        $17368.77        Ch# 1007

**Check 1012**

LIGNUS INC
DEBTOR-IN-POSSESSION, 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO, CA 92154

CALIFORNIA BANK & TRUST
CHULA VISTA OFFICE
CHULA VISTA, CALIFORNIA 91910
90-3210/1222

9/28/2017

PAY TO THE ORDER OF   PARR LUMBER COMPANY        $ **9609.60

*** Nine thousand six hundred and nine and 50/100 ****   DOLLARS

PARR LUMBER COMPANY
14023 RAMONA AVE.
CHINO CA 91706
USA

MEMO

Ref# 53079315        $9609.60        Ch# 1012

**Check 9999**

LIGNUS INC
DEBTOR-IN-POSSESSION
CASE 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO CA 92154-5739

DATE 09/20/17

PAY TO THE ORDER OF   Parr Lumber Company        $ 11,579.78

Eleven thousand Five hundred seventy nine 78/100   DOLLARS

CALIFORNIA BANK & TRUST

FOR

Ref# 53058263        $11579.78        Ch# 9999

**Check 9999**

LIGNUS INC.
DEBTOR-IN-POSSESSION
CASE 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO CA 92154-5739

DATE 09/20/17

PAY TO THE ORDER OF   Hampton Lumber Sales        $ 9,026.64

Nine thousand Twenty six 64/100   DOLLARS

CALIFORNIA BANK & TRUST

FOR

Ref# 53004971        $9026.64        Ch# 9999

**Check 9999**

LIGNUS, INC.
Account No 5794059807

DATE 09/21/17

PAY TO THE ORDER OF   Parr Lumber Company        $ 23,132.25

Twenty three, one hundred thirty two 25/100   DOLLARS

CALIFORNIA BANK & TRUST

FOR

Ref# 53076595        $23132.25        Ch# 9999

**Check 9999**

LIGNUS INC
Account No 5794059807

DATE 09/22/17

PAY TO THE ORDER OF   Parr Lumber Company        $ 26,118.46

Twenty six thousand one hundred eighteen 46/100   DOLLARS

CALIFORNIA BANK & TRUST

FOR

Ref# 53061925        $26118.46        Ch# 9999

**Check 9999**

LIGNUS INC
Account No 5794059807

DATE 09/22/17

PAY TO THE ORDER OF   Lauro Chavez        $ 37.99

Thirty seven 99/100   DOLLARS

CALIFORNIA BANK & TRUST

FOR

Ref# 53001325        $37.99        Ch# 9999

California Bank & Trust          ACCOUNT 22 9807



TD Statement:
September 29, 2017
Page 7 of 7

Ref# 53002264      $1000.00      Ch# 9999

0072536-0000004-0170976