UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

LIGNUS, INC.

                                    Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 17-05475-CL11
OPERATING REPORT NO. 1
FOR THE MONTH ENDING:
OCTOBER 31, 2017

_____

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL  ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ 0 _____

2. LESS:      TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
             ACCOUNT REPORTS                                    $ 0 _____

3. BEGINNING BALANCE:                                          $ 10,424.50 _____

4. RECEIPTS DURING CURRENT PERIOD:

   ACCOUNTS RECEIVABLE - PRE-FILING     $ 386,699.83_____
   ACCOUNTS RECEIVABLE - POST-FILING    $ 386.40_____
   GENERAL SALES                        $ _____
   OTHER (SPECIFY)_____$ _____
   OTHER ** (SPECIFY)_____$ _____

                          TOTAL RECEIPTS THIS PERIOD: $ 387,056.23 _____
5. BALANCE:                                          $

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

   TRANSFERS TO OTHER DIP ACCOUNTS      $_____
   DISBURSEMENTS                        $ _____
   TOTAL DISBURSEMENTS THIS PERIOD ***:              $  $385,468.54 _____

7. ENDING BALANCE:                                          $ 12,012.19 _____

8. GENERAL ACCOUNT NUMBER  xxxxxxxxxx9807 _____

   DEPOSITORY NAME AND LOCATION   California Bank & Trust
   444 3rd Ave, Chula Vista, CA 91910

*    All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

| TOTAL DISBURSEME | | | | |
|---|---|---|---|---|
| **DATE** | **CHECK NUMBER** | **PAYEE** | **PURPOSE** | **AMOUNT** |
| 10/3/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/3/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 10/3/2017 | WIRE | PVS | Invoice Payment | $ 6,000.00 |
| 10/4/2017 | WIRE | On-Line Stamp | Office Expenses | $ 23.95 |
| 10/5/2017 | WIRE | JC Logistics International | Invoice Payment | $ 3,760.00 |
| 10/5/2017 | WIRE | Progressive | Invoice Payment | $ 1,243.72 |
| 10/6/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/6/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,359.01 |
| 10/10/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 10/10/2017 | WIRE | Item returned | | $ 1,517.63 |
| 10/10/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 12.00 |
| 10/10/2017 | WIRE | Item returned | | $ 2,135.93 |
| 10/10/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 12.00 |
| 10/10/2017 | WIRE | Item returned | | $ 2,634.27 |
| 10/10/2017 | WIRE | CA Bank & Trust | | $ 12.00 |
| 10/11/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 9,729.48 |
| 10/12/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/13/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/13/2017 | WIRE | Quart International | Invoice Payment | $ 47,061.76 |
| 10/13/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,292.34 |
| 10/13/2017 | WIRE | Liberty Mutual | Invoice Payment | $ 197.83 |
| 10/17/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 10/17/2017 | WIRE | PVS | Invoice Payment | $ 48,687.47 |
| 10/19/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/20/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 10/20/2017 | WIRE | Quart International | Invoice Payment | $ 40,000.00 |
| 10/20/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,359.01 |
| 10/23/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 205.00 |
| 10/24/2017 | WIRE | T-Mobile | Invoice Payment | $ 885.31 |
| 10/26/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |

| Date | Check # | Payee | Purpose | | Amount |
|------|---------|-------|---------|---|--------|
| 10/27/2017 | WIRE | CA Bank & Trust | Bank Fee | $ | 14.00 |
| 10/27/2017 | WIRE | Natural Trade | Invoice Payment | $ | 13,008.13 |
| 10/27/2017 | WIRE | Quart International | Invoice Payment | $ | 52,951.84 |
| 10/27/2017 | WIRE | Oasis Outsourcing | Payroll | $ | 6,228.91 |
| 10/30/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ | 4,341.90 |
| 10/30/2017. | WIRE | Zhang Shao Ying | Invoice Payment | $ | 36.00 |
| 10/2/2017 | 1013 | Maria Hagenah | Office Expenses | $ | 70.00 |
| 10/3/2017 | 1014 | Parr Lumber Company | Invoice Payment | $ | 26,365.41 |
| 10/3/2017 | 1015 | Toyota Financial Services | Invoice Payment | $ | 3,431.92 |
| 10/3/2017 | 1016 | Carlos Tellez | Office Expenses | $ | 19.16 |
| 10/3/2017 | 1017 | Pedro Duran | Reimbursement for Travel Expenses | $ | 44.60 |
| 10/4/2017 | 1018 | Pedro Duran | Sales Commision | $ | 1,000.00 |
| 10/4/2017 | 1019 | Maria Hagenah | Office Expenses | $ | 45.63 |
| 10/4/2017 | 1020 | Parr Lumber Company | Invoice Payment | $ | 11,142.72 |
| 10/6/2017 | 1021 | Parr Lumber Company | Invoice Payment | $ | 9,609.60 |
| 10/6/2017 | 1022 | Arturo Morales | Sales Commision | $ | 2,000.00 |
| 10/6/2017 | 1023 | Rosa Estrada | Invoice Payment | $ | 2,150.00 |
| 10/17/2017 | 1024 | U.S Trustee | Invoice Payment | $ | 325.00 |
| 10/17/2017 | 1025 | VOIDED | | $ | - |
| 10/18/2017 | 1026 | Maria Hagenah | Office Expenses | $ | 225.15 |
| 10/18/2017 | 1027 | Pedro Duran | Sales Commision | $ | 1,038.48 |
| 10/18/2017 | 1028 | Carlos Tellez | Sales Commision | $ | 370.00 |
| 10/19/2017 | 1029 | Parr Lumber Company | Invoice Payment | $ | 14,935.39 |
| 10/23/2017 | 1030 | Pedro Duran | Reimbursement for Travel Expenses | $ | 143.54 |
| 10/25/2017 | 1031 | VOIDED | | $ | - |
| 9/29/2017 | 1032 | Coronado Mobile Storage | Invoice Payment | $ | 57.58 |
| 10/25/2017 | 1033 | JC Logistics International | Invoice Payment | $ | 1,852.23 |
| 10/25/2017 | 1034 | Jose Gaitan | Reimbursement for Travel Expenses | $ | 2,551.34 |
| 10/25/2017 | 1035 | Parr Lumber Company | Invoice Payment | $ | 10,392.61 |
| 10/26/2017 | 1036 | Parr Lumber Company | Invoice Payment | $ | 19,417.03 |
| 10/27/2017 | 1037 | Parr Lumber Company | Invoice Payment | $ | 10,143.65 |
| 10/27/2017 | 1038 | Hampton Lumber Sales Co | Invoice Payment | $ | 8,285.01 |
| | | **TOTAL DISBURSEMENTS THIS PERIOD** | | **$** | **385,468.54** |

GENERAL ACCOUNT
BANK  RECONCILIATION*

Balance per bank statement dated: 10/31/17                          $ 12,012.19

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | $ _____ |
|  | _____ | _____ |
|  | _____ |  |

Total deposits in transit                                                          0

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks                                < _____ >

Bank statement adjustments**                         _____

Adjusted bank balance                                    $ 12,012.19

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 3 of 14

I.  CASH RECEIPTS AND DISBURSEMENTS (Continued)
B.  (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                        $ N/A _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
    ACCOUNT REPORTS                                                            $ _____

3.  BEGINNING BALANCE                                                          $ _____

4.  RECEIPTS:
    TRANSFERRED FROM GENERAL ACCOUNT                                           $ _____

5.  BALANCE                                                                    $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    DATE          CHECK NO.              PAYEE              AMOUNT

                                        TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                                            $ _____

8.  PAYROLL ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____

Debtor-in-Possession Monthly Operating Report (Business) - Page 4 of 14

## PAYROLL ACCOUNT
## BANK  RECONCILIATION*

Balance per bank statement dated: _____         $ <u>N/A</u>_____

Plus deposits in transit (a):

<u>Deposit Date</u>          <u>Deposit Amount</u>

_____          $ _____

_____             _____

_____             _____

      Total deposits in transit                                         _____

Less outstanding checks (a):

<u>Check Number</u>          <u>Check Date</u>          <u>Check Amount</u>

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

      Total outstanding checks                                    < _____ >

Bank statement adjustments**                            _____

Adjusted bank balance                            $ _____


\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 5 of 14

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
## B. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                    $ N/A_____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
      ACCOUNT REPORTS                                                    $ _____

3.  BEGINNING BALANCE                                                    $ _____

4.  RECEIPTS:
      TRANSFERRED FROM GENERAL ACCOUNT                                   $ _____

5.  BALANCE                                                              $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    DATE          CHECK NO.              PAYEE              AMOUNT


                                    TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                                      $ _____

8.  TAX ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____


### D. SUMMARY SCHEDULE OF CASH

    ENDING BALANCE FOR PERIOD:

              GENERAL ACCOUNT                    $ _____
              PAYROLL ACCOUNT                    $ _____
              TAX ACCOUNT                        $_____
              OTHER ACCOUNTS*:_____    $ _____
              OTHER MONIES*:_____    $ _____
              PETTY CASH**                       $ _____

    TOTAL CASH AVAILABLE                         $ _____

* Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.
** Attach exhibit itemizing all petty cash transactions.

NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

Debtor-in-Possession Monthly Operating Report (Business) - Page 6 of 14

## TAX ACCOUNT BANK
## RECONCILIATION*

Balance per bank statement dated: _____          $ N/A _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $ _____ |
| _____ | _____ |
| _____ | _____ |

Total deposits in transit          _____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks          < _____ >

Bank statement adjustments**          _____

Adjusted bank balance          $ _____

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement  adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 7 of 14

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Chase/Land Rover* | Monthly | $1,231.43 | 0 | 0 |
| Ally* | Monthly | $873.51 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE | 0 |

* Payments are being made by third party.

## III.  TAX LIABILITIES

FOR THE REPORTING PERIOD:
         GROSS SALES SUBJECT TO SALES TAX                        $ 0 _____
         TOTAL WAGES PAID                                                  $ (see note below)

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER: (SPECIFY) | $ | $ | |
| TOTAL: | $ | $ | |

**NOTE**: All payroll and taxes are paid by Oasis Outsourcing, Inc. ("Oasis"), a Professional Employer Organization, which bills the Debtor for the gross liability paid by Oasis.  The Debtor is current on its obligations to Oasis.

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|
| 30 days or less | $ 1,618.77 | $ 41,247.60 | $ 905,462.17 |
| 31 - 60 days | $ 27,197.78 | $ 624,905.98 | $        (17.14) |
| 61 - 90 days | | $ 292,275.95 | |
| 91 - 120 days | | $ 2,416.62 | |
| Over 120 days | | $ 48,881.77 | |
| TOTALS: | $ 28,816.55 | $1,009,727.92 | $ 905,445.03 |

## V.  INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | United Fire Group | $1,000,000.00 | 7/21/2018 | Current |
| Worker Compensation | Zurich | $1,000,000.00 | 6/01/2018 | Current |
| Casualty | Liberty Mutual | $300,000.00 | 12/04/2017 | Current |
| Vehicle | Progressive | $100,000.00 | 1/07/2018 | Current |
| _____ | | | | |
| _____ | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| 9/30/2017 | $368,452.60 | $4,875.00 | 10/17/2017 11/15/17 | $325.00 $4,550.00 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*  Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Debtor-in-Possession Monthly Operating Report (Business) - Page 9 of 14

## VII.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| Carmen Hernandez | Interim 9/11/17 Final 10/6/2017 | $1,800.00 /week | $7,200.00 |
| Jose Gaitan | Interim 9/11/17 Final 10/6/2017 | $1,800.00/week | $7,200.00 |
| Jose Carlos Gaitan | Interim 9/11/17 Final 10/6/2017 | $634.48/week | $2,537.92 |
| | | | |
| | | | |

*  Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

**Indicates payments made for the entire month of September, including pre-petition payment.


## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| Jose Gaitan* | | Reimbursement for Travel Expenses* | $2,551.34* |
| | | | |
| | | | |
| | | | |
| | | | |

* Reimbursement of corporate expense paid with personal credit card.  This is not believed to fall within the scope of Local Bankruptcy Rule 4002-2 since it is not compensation or remuneration.

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 14

**Lignus, Inc**

## Profit and Loss Statement

| | | | | |
|---|---|---|---|---|
| Posting Date: | From | **10/01/17** | To | **10/31/17** |
| | Template: | | | **Chart of Accounts** |
| | Report Cycle: | | | **Annual Report** |

Transaction Cross-Section by     Posting Date                                                                         Currency: **$**

| Account Name | System Currency | Year-to-Date |
|---|---|---|
| **Revenues** | | |
| 410000000000000 - Sales Revenue | 427,402.97 | 6,522,184.53 |
| 420000000000000 - Sales Discounts & Rebates | | (17,039.88) |
| 430000000000000 - Other Revenue | | 184,258.10 |
| **Total Revenues** | **427,402.97** | **6,689,402.75** |
| **Cost of Sales** | | |
| 510000000000000 - Cost of Sales | (398,232.28) | (6,236,328.69) |
| 520000000000000 - Cost of Sales Inventory Variances | | (36,896.50) |
| 530000000000000 - Cost of Sales - Landed Costs | 21,605.50 | 67,914.73 |
| 540000000000000 - Cost of Sales - Resources Costs & Variances | | |
| 550000000000000 - Cost of Sales - Cash Discount | | (1,810.83) |
| **Total Cost of Sales** | **(376,626.78)** | **(6,207,121.29)** |
| **Gross Profit** | **50,776.19** | **482,281.46** |
| **Expenses** | | |
| 610000000000000 - Office & Administrative Expenses | (7,134.02) | (268,314.74) |
| 620000000000000 - Legal & Professional Expenses | | (48,608.06) |
| 630000000000000 - Travel Expenses | (2,565.92) | (21,137.49) |
| 640000000000000 - Payroll Expenses | (28,315.43) | (321,709.17) |
| 650000000000000 - Tax Expenses | (1,774.45) | (27,847.70) |
| 660000000000000 - Sales Write Offs and Bad Debt Expense | | |
| 670000000000000 - Depreciation & Amortization Expenses | | |
| 680000000000000 - Other Expenses | | (106.63) |
| 690000000000000 - Operational fees | (1,082.90) | (45,923.67) |
| **Total Expenses** | **(40,872.72)** | **(733,647.46)** |
| **Operating Profit** | **9,903.47** | **(251,366.00)** |
| **Financing** | | |
| 710000000000000 - Currency Exchange | | (0.01) |
| **Total Financing** | | **(0.01)** |
| **Profit After Financing Expenses** | **9,903.47** | **(251,366.01)** |

**Lignus, Inc**

▌**Profit and Loss Statement**

Currency: **$**

| Account Name | System Currency | Year-to-Date |
|---|---|---|
| **Other Revenues and Expenses** | | |
| 810000000000000 - Other Revenue & Expenses | | |
| **Total Other Revenues and Expenses** | | |
| **Profit Period** | **9,903.47** | **(251,366.01)** |
| | ==================== | ==================== |

**BALANCE SHEET**

ASSETS

Current assets

| | | | | |
|---|---|---|---|---|
| Cash Restricted cash | $ | 9,599.91 | | |
| A/R | $ | 1,925,667.84 | | |
| Inventory Deposit | $ | 68,189.62 | | |
| Inventory | $ | 134,857.79 | | |
| Total Current Assets | | | $ | 2,138,315.16 |
| Property, Plant and Eq. | $ | 134,883.52 | | |
| Acum. Depreciation | $ | (7,808.57) | | |
| Net Property, Plant & Eq. | | | $ | 127,074.95 |

Other Assets

| | | | | |
|---|---|---|---|---|
| Other (Rent deposit) | $ | 13,500.00 | | |
| Total other asstes | | | $ | 13,500.00 |
| **TOTAL ASSETS** | | | **$** | **2,278,890.11** |

LIABILITIES

Postpetition Liabilities

| | | | | |
|---|---|---|---|---|
| A/P | $ | 39,373.07 | | |
| Taxes Payable | $ | 2,317.22 | | |
| Other | $ | 168,826.46 | | |
| Total Postpetition Liabilities | | | $ | 210,516.75 |

Prepetition Liabilities

| | | | | |
|---|---|---|---|---|
| Secured Liabilities | $ | 108,576.33 | | |
| Unsecured Liabilities | $ | 2,127,025.25 | | |
| Other | $ | 54,799.79 | | |
| Total Prepetition Liabilities | | | $ | 2,290,401.37 |
| **TOTAL LIABILITIES** | | | **$** | **2,500,918.12** |

EQUITY

| | | | | |
|---|---|---|---|---|
| Prepetition Owner's Equity | $ | (231,237.53) | | |
| Postpetition Profit/Loss | $ | 9,209.52 | | |
| **TOTAL EQUITY** | | | **$** | **(222,028.01)** |

## XI.  QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

   <u> X </u>   No.

   _____Yes.  Explain _____

   _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

   <u> X </u>   No.

   _____Yes. Amount, to whom, and for what period? _____

   _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

   The reporting period constitutes the first full month of the Debtor's reorganization.  During this time, the Debtor's

   first meeting of creditors was held as well as a status conference before the Court.  The Debtor also provided

   additional documentation to the United States Trustee during this time.

   _____

4.  Describe potential future developments which may have a significant impact on the case.

   _____

   _____

   _____

   _____

   _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

Debtor-in-Possession Monthly Operating Report (Business) - Page 13 of 14

6. Did you receive any exempt income this month, which is not set forth in the operating report?

   <u>X</u>    No.

            ·   Yes. Please set forth the amounts and the source of the income.

_____

_____

_____

     I, <u>Jose Gaitan, CFO of Lignus, Inc.</u>_____(Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: <u>11/21/2017</u>

_____
Jose Gaitan, CFO of Lignus, Inc.

**C|B CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 8
This Statement: October 31, 2017
Last Statement: September 29, 2017

Account ████9807

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0060831                    1305-06-0000-CBT-PG0030-00037

LIGNUS INC
DEBTOR-IN-POSSESSION CASE 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO CA 92154-5720

Chula Vista
444 Third Avenue
Chula Vista, CA 91910-4603
(619) 409-4000

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

We have amended and completely rewritten our Deposit Account Agreement. We will soon mail you a copy, but you can also access it in the Agreement Center at www.calbanktrust.com. The new Agreement will become effective 30 days after our upcoming mailing. (If you have our eNotice service, we will send electronic notice rather than mail.) If you have any questions, please call customer service at (800) 400-6080.

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ████9807 | $12,012.19 | |

---

## BUSINESS ADVANTAGE CHECKING 5794059807                                        105   37

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 10,834.17 | 387,056.23 | 259,852.49 | 126,025.72 | 12,012.19 |

### 23 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 10/03 | 35,000.00 | WIRE/IN-2017100300004196;ORG CARPIMAT DEL NOROESTE S DE RL D 1304301151 |
| 10/03 | 6,000.00 | WIRE/IN-2017100300004357;ORG RAFAEL CAMPOS HERRERA,OBI PAGO 1304301191 |
| 10/04 | 1,000.00 | DEPOSIT 5353028410 |
| 10/04 | 7,467.97 | DEPOSIT 5353028391 |
| 10/04 | 9,896.65 | DEPOSIT 5353028513 |
| 10/06 | 15,000.00 | WIRE/IN-2017100600006942;ORG CARPIMAT DEL NOROESTE S DE RL D 1304201837 |
| 10/10 | 5,276.36 | WIRE/IN-2017101000009217;ORG RAFAEL CAMPOS HERRERA,OBI RAFAE 1305002640 |
| 10/12 | 20,000.00 | WIRE/IN-2017101200007109;ORG CARPIMAT DEL NOROESTE S DE RL D 1304201792 |
| 10/13 | 40,000.00 | WIRE/IN-2017101300007883;ORG CARPIMAT DEL NOROESTE S DE RL D 1304603323 |
| 10/16 | 500.00 | DEPOSIT 5353048465 |
| 10/16 | 2,135.93 | DEPOSIT 5353048461 |
| 10/16 | 3,350.00 | DEPOSIT 5353048463 |
| 10/17 | 50,000.00 | WIRE/IN-2017101700005756;ORG CARPIMAT DEL NOROESTE S DE RL D 1304201462 |
| 10/19 | 50,000.00 | WIRE/IN-2017101900004338;ORG CARPIMAT DEL NOROESTE S DE RL D 1304301040 |
| 10/20 | 5,000.00 | WIRE/IN-2017102000004383;ORG CARPIMAT DEL NOROESTE S DE RL D 1304601307 |
| 10/23 | 900.00 | DEPOSIT 5353046737 |
| 10/23 | 17,841.00 | DEPOSIT 5353046739 |
| 10/26 | 50,000.00 | WIRE/IN-2017102600005955;ORG CARPIMAT DEL NOROESTE S DE RL D 1304301646 |
| 10/27 | 36.00 | UNITED FIN CAS REFUND POL *******2 REF # 017299009718372 1107807253 |
| 10/27 | 5,000.00 | DEPOSIT 5353031664 |
| 10/27 | 60,000.00 | WIRE/IN-2017102700008332;ORG CARPIMAT DEL NOROESTE S DE RL D 1304702122 |
| 10/31 | 144.97 | DEPOSIT 5353043763 |
| 10/31 | 2,507.35 | DEPOSIT 5353043761 |

A division of ZB, N.A. Member FDIC

## An Easy Approach To Balancing Your Account

Page 2 of 8

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

Transfer to Line 9.                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

*Review account balances  *Review posted transactions  * Pay bills * Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0060831-0000001-0188303



CALIFORNIA BANK
T R U S T

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 8
October 31, 2017
LIGNUS INC
⬛⬛⬛9807

## 36 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 10/03 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/03 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 10/03 | 6,000.00 | WIRE/OUT-2017100300004403;BNF PVS INTERNATIONAL  1304301197 |
| 10/04 | 23.95 | ON-LINE STAMP CO STMP/D 0616366 REF # 017276005257116  1107616107 |
| 10/05 | 3,760.00 | WIRE/OUT-2017100500005344,BNF JC LOGISTICS INTERNATIONAL  1304401472 |
| 10/05 | 1,243.72 | UNITED FIN CAS INS PREM REF # 017277005845085  1107811712 |
| 10/06 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/06 | 6,359.01 | OASISINVBATCH INVOICE H02606596 REF # 017278007075046  1106809830 |
| 10/10 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 10/10 | 1,517.63 | ITEM DEPOSITED BUT RETURNED /  1704400217 |
| 10/10 | 12.00 | DEPOSITED ITEM RETURNED FEE |
| 10/10 | 2,135.93 | ITEM DEPOSITED BUT RETURNED /  1704400218 |
| 10/10 | 12.00 | DEPOSITED ITEM RETURNED FEE |
| 10/10 | 2,634.27 | ITEM DEPOSITED BUT RETURNED /  1704400216 |
| 10/10 | 12.00 | DEPOSITED ITEM RETURNED FEE |
| 10/11 | 9,729.48 | WIRE/OUT-2017101100004425;BNF KUEHNE NAGEL SERVICES  1304701045 |
| 10/12 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/13 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/13 | 47,061.76 | WIRE/OUT-2017101300008024;BNF QUART INTERNATIONAL COMPANY LI  1304603355 |
| 10/13 | 6,292.34 | OASISINVBATCH INVOICE H02611040 REF # 017285001385513  1108312414 |
| 10/13 | 197.83 | LIBERTY MUTUAL INSRNC PMT REF # 017286002091738  1108345652 |
| 10/17 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 10/17 | 48,687.47 | WIRE/OUT-2017101700005890;BNF PVS INTERNATIONAL  1304201492 |
| 10/19 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/20 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/20 | 40,000.00 | WIRE/OUT-2017102000004601;BNF QUART INTERNATIONAL COMPANY LI  1304601373 |
| 10/20 | 6,359.01 | OASISINVBATCH INVOICE H02615801 REF # 017292005621070  1108707778 |
| 10/23 | 205.00 | ANALYSIS SERVICE FEE |
| 10/24 | 885.31 | T-MOBILE.COM PCS SVC REF # 017297008110016  1107737741 |
| 10/26 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/27 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 10/27 | 13,008.13 | WIRE/OUT-2017102700008212;BNF NATURAL TRADE LTD  1304702090 |
| 10/27 | 52,951.84 | WIRE/OUT-2017102700008346;BNF QUART INTERNATIONAL COMPANY LI  1304702126 |
| 10/27 | 6,228.91 | OASISINVBATCH INVOICE H02620713 REF # 017299009727601  1107807906 |
| 10/30 | 4,341.90 | WIRE/OUT-2017103000004958;BNF KUEHNE NAGEL SERVICES  1304401326 |
| 10/30 | 36.00 | WIRE/OUT-2017103000005079;BNF ZHANG SHAO YING  1304401370 |

## 26 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1010 | 10/02 | 380.61 | 1020 | 10/05 | 11,142.72 | 1030 | 10/23 | 143.54 |
| 1011 | 10/02 | 29.06 | 1021 | 10/10 | 9,609.60 | 1032* | 10/27 | 57.58 |
| 1013* | 10/02 | 70.00 | 1022 | 10/10 | 2,000.00 | 1033 | 10/25 | 1,852.23 |
| 1014 | 10/03 | 26,365.41 | 1023 | 10/10 | 2,150.00 | 1034 | 10/25 | 2,551.34 |
| 1015 | 10/10 | 3,431.92 | 1024 | 10/23 | 325.00 | 1035 | 10/25 | 10,392.61 |
| 1016 | 10/06 | 19.16 | 1026* | 10/18 | 225.15 | 1036 | 10/26 | 19,417.03 |
| 1017 | 10/04 | 44.60 | 1027 | 10/18 | 1,038.48 | 1037 | 10/27 | 10,143.65 |
| 1018 | 10/04 | 1,000.00 | 1028 | 10/19 | 370.00 | 1038 | 10/30 | 8,285.01 |
| 1019 | 10/04 | 45.63 | 1029 | 10/19 | 14,935.39 | | | |

*Not in check sequence

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

A division of ZB, N.A. Member FDIC  

0060831-0000002-0188304

Page 4 of 8
October 31, 2017
LIGNUS INC
█████9807
California Bank & Trust

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 10,354.50 | 10/12 | 20,674.45 | 10/23 | 24,503.41 |
| 10/03 | 18,960.09 | 10/13 | 7,108.52 | 10/24 | 23,618.10 |
| 10/04 | 36,210.53 | 10/16 | 13,094.45 | 10/25 | 8,821.92 |
| 10/05 | 20,064.09 | 10/17 | 14,391.98 | 10/26 | 39,390.89 |
| 10/06 | 28,671.92 | 10/18 | 13,128.35 | 10/27 | 22,022.78 |
| 10/10 | 10,417.93 | 10/19 | 47,808.96 | 10/30 | 9,359.87 |
| 10/11 | 688.45 | 10/20 | 6,435.95 | 10/31 | 12,012.19 |

## California Bank & Trust

ACCOUNT # ████████9807

This Statement:
October 31, 2017
Page 5 of 8



| Ref# 53028410 | $1000.00 | Ref# 53028391 | $7467.97 |
| Ref# 53028513 | $9896.65 | Ref# 53048465 | $500.00 |
| Ref# 53048461 | $2135.93 | Ref# 53048463 | $3350.00 |
| Ref# 53046737 | $900.00 | Ref# 53046739 | $17841.00 |
| Ref# 53031664 | $5000.00 | Ref# 53043763 | $144.97 |

**California Bank & Trust**   ACCOUNT # ████9807

This Statement:
October 31, 2017
Page 6 of 8

| Ref# 53043761 | $2507.35 | |
| Ref# 53001609 | $380.61 | Ch# 1010 |
| Ref# 53022345 | $29.06 | Ch# 1011 |
| Ref# 53112933 | $70.00 | Ch# 1013 |
| Ref# 53076485 | $26365.41 | Ch# 1014 |
| Ref# 53166599 | $3431.92 | Ch# 1015 |
| Ref# 53054951 | $19.16 | Ch# 1016 |
| Ref# 53082019 | $44.60 | Ch# 1017 |
| Ref# 53082020 | $1000.00 | Ch# 1018 |
| Ref# 53061525 | $45.63 | Ch# 1019 |

0060831-0000003-0188305



## California Bank & Trust

ACCOUNT # ████9807

This Statement:
October 31, 2017
Page 7 of 8



Ref# 53004722        $11142.72        Ch# 1020



Ref# 53008980        $9609.60        Ch# 1021



Ref# 53131617        $2000.00        Ch# 1022



Ref# 53184319        $2150.00        Ch# 1023



Ref# 53114268        $325.00        Ch# 1024



Ref# 53053551        $225.15        Ch# 1026



Ref# 53059369        $1038.48        Ch# 1027



Ref# 53043908        $370.00        Ch# 1028



Ref# 53058049        $14935.39        Ch# 1029



Ref# 53128392        $143.54        Ch# 1030

0060831-0000004-0188306

# California Bank & Trust

ACCOUNT # ████9807

This Statement:
October 31, 2017
Page 8 of 8



Ref# 53096337        $57.58        Ch# 1032



Ref# 53068704        $1852.23        Ch# 1033



Ref# 53068705        $2551.34        Ch# 1034



Ref# 53068703        $10392.61        Ch# 1035



Ref# 53061959        $19417.03        Ch# 1036



Ref# 53105997        $10143.65        Ch# 1037



Ref# 53006749        $8285.01        Ch# 1038