CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Kit James Gardner (161736)
LAW OFFICES OF KIT J. GARDNER
501 West Broadway, Suite 800
San Diego, CA  92101-7994
Telephone:  (619) 525-9900
Facsimile: (619) 374-2241

Order Entered on
November 20, 2017
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LIGNUS, INC.

Debtor.

BANKRUPTCY NO.  17-05475-CL11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Christopher B. Latham

## ORDER ON
## STIPULATION WITH TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. TO PROVIDE ADEQUATE PROTECTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __7__ with exhibits, if any, for a total of __7__ pages, is granted.  Motion/Application Docket Entry No. __46__   jrm

//

//   **NOT APPROVED** -- Inadequate Service.  FRBP 4001(d)(1)(C) requires a stipulation for
stay relief to be served on the 20 largest unsecured creditors in a Ch. 11 case without an
//   official committee.  Stipulation to be re-served.  Once the 14-day objection period of
FRBP 4001(d)(2) has run, movant may resubmit its order.
//

//

//

DATED:   November 17, 2017

**NOT APPROVED**

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

_Ch. H. B. Latham_
Judge, United States Bankruptcy Court

Submitted by:

LAW OFFICES OF KIT J. GARDNER
(Firm name)

By: /s/ Kit J. Gardner
Attorney for ☑ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON STIPULATION TO PROVIDE ADEQUATE PROTECTION
DEBTOR: LIGNUS, INC.                                                                                                      CASE NO: 17-05475-CL11

---

Having reviewed the Stipulation between the Debtor-in-Possession, Lignus, Inc. (the "Debtor") on the one hand, and Toyota Industries Commercial Finance, Inc. ("Toyota"), on the other hand, for the Debtor to provide adequate protection payments to Toyota (the "Stipulation"), a copy of which is attached hereto as Exhibit "A", and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation is approved, and the Debtor is authorized to make the adequate protection payments to Toyota with respect to the items of equipment set forth and referenced in the Stipulation, in the amounts set forth therein.

IT IS SO ORDERED.

CSD 1001A

Signed by Judge Christopher B. Latham November 17, 2017

# EXHIBIT "A"

Signed by Judge Christopher B. Latham November 17, 2017

1   Kit James Gardner (161736)
    **LAW OFFICES OF KIT J. GARDNER**
2   501 West Broadway, Suite 800
    San Diego, CA  92101
3   Telephone: (619) 525-9900
    Facsimile:  (619) 374-2241
4
    Attorney for Debtor-in-Possession
5   Lignus, Inc.

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10  In re                                    CASE NO. 17-05475-CL11

11  LIGNUS, INC.,                            CHAPTER 11

12                 Debtor.                   **STIPULATION WITH TOYOTA
                                             INDUSTRIES COMMERCIAL FINANCE,**
13                                           **INC. TO PROVIDE ADEQUATE
                                             PROTECTION**
14

15

16

17

18

19

20         This Stipulation is entered into between the Debtor-in-Possession, Lignus, Inc. (the

21  "Debtor") on the one hand, and Toyota Industries Commercial Finance, Inc. ("Toyota") on the

22  other hand (collectively, the "Parties") by and through their counsel of record, with reference to

23  the following facts:

24                              **RECITALS**

25         A.      On September 8, 2017, the Debtor filed a Chapter 11 bankruptcy petition in the

26  United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

27  The Debtor intends to submit a Plan of Reorganization that proposes to pay all creditors in full.

28  ///

B.    Among the assets listed in the Debtor's bankruptcy Schedules are the following items of equipment in which Toyota claims a security interest (collectively, the "Equipment"):

**FORKLIFTS**
**SERIAL NUMBER**
7FGU35-62436
7FBEU20-12451
8FGCU30-11702
7FGCU35-71131
8FGCU30-16308

**TRUCKS**
**VEHICLE IDENTIFICATION NUMBER**
JHHSPM2HXGK001778
JHHSPM2H9GK001769

C.    Since filing its bankruptcy petition, the Debtor has not paid the contractual monthly installment payments in the amounts set forth above for any of the items of Equipment.

D.    The Debtor has agreed to commence making regular monthly installment payments to Toyota with respect to each item of Equipment in the amounts set forth above as adequate protection payments, as well as cure all post-petition arrears.

**NOW THEREFORE, IT IS HEREBY STIPULATED THAT:**

1.    The recitals set forth above are incorporated herein by reference.

2.    The Debtor shall make regular monthly installment payments to Toyota as follows:

**FORKLIFTS**

| SERIAL NUMBER | CONTRACTUAL MONTHLY PAYMENT |
|---|---|
| 7FGU35-62436 | $420.35 |
| 7FBEU20-12451 | $302.65 |
| 8FGCU30-11702 | $293.91 |
| 7FGCU35-71131 | $374.50 |
| 8FGCU30-16308 | $313.77 |

**TRUCKS**

| VIN | CONTRACTUAL MONTHLY PAYMENT |
|---|---|
| JHHSPM2HXGK001778 | $857.98 |
| JHHSPM2H9GK001769 | $857.98 |

2

1    3.    This Stipulation is subject to approval by the Bankruptcy Court, and shall not

2    become effective until an Order approving this Stipulation is entered by the Bankruptcy Court

3    that is no longer subject to appeal, review, rehearing, or reconsideration (the "Final Order").

4    4.    The monthly installment payments required to be paid pursuant to Paragraph 2 of

5    this Stipulation shall be paid on or before the 1st day of each month, starting with the first full

6    month following the date that the Final Order becomes final.  The Debtor will remit a single

7    check representing the total monthly amount due for all items of Equipment.  In the event that

8    the Debtor remits a check in an amount that is less than the total monthly installment payment of

9    all items of Equipment, the Debtor will inform Toyota in writing as to: (a) the specific item of

10    equipment for which a monthly installment is not being made; and (b) the reason for the shortfall

11    (for instance, all post-petition amounts owing on one or more specific items of Equipment are

12    likely to be paid in full during the time that this Stipulation remains in effect).

13    5.    In addition to making the monthly installment payments set forth in Paragraph 4,

14    the Debtor shall cure all post-petition arrears that have accumulated as of the date that the Final

15    Order becomes final, which shall be payable within ten (10) days after the Final Order becomes

16    final.

17    6.    In the event that the Debtor fails to timely perform its obligations as set forth in

18    this Stipulation with respect to any or all of the items of Equipment, Toyota shall notify the

19    Debtor in writing.  Debtor shall have ten (10) calendar days from the date of such notification to

20    cure the default.  In the event that the Debtor fails to cure the default, then Toyota may lodge a

21    Declaration of Default and an Order Terminating Stay ("OTS") with respect to any item of

22    Equipment for which the Debtor has failed to satisfy its obligations upon *Ex Parte* Application

23    with 72 hours telephonic notice to Debtor's counsel.  The Debtor may contest entry of the OTS

24    on the grounds that the Debtor is in full compliance with the terms of this Stipulation.  Upon

25    entry of the OTS, the automatic stay shall be immediately terminated and extinguished for all

26    purposes as to Toyota with respect to the Equipment, whereupon Toyota may pursue its

27    remedies under state law including, without limitation, repossession of the Equipment.

28    ///

3

7.     Any notice required by this Stipulation shall be in writing and shall be delivered to the address below via First Class U.S. Mail, and via e-mail.  Delivery shall be deemed complete upon mailing.  Changes to the addresses below must be in writing and delivered to the other party pursuant to the terms set forth in this Paragraph.

If to the Debtor:

Lignus, Inc.
Attn: Jose Gaitan
531 Alta Road #8
San Diego, CA 92154

With a copy to:

Kit J. Gardner, Esq.
501 W. Broadway, Suite 800
San Diego, CA  92101
Email: kgardner@gardnerlegal.com

If to Toyota:

Scott D. Fink, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Brooklyn Heights, OH 44131
Email: sfink@weltman.com

8.     Each person executing this Stipulation has been duly and fully authorized to execute this document and enter into this Stipulation on behalf of the party they purport to represent.

9.     This Stipulation may be executed in one or more counterparts and shall be binding and effective immediately upon the execution by all parties of one or more counterparts. A copy and/or fax of this Stipulation shall have the same force and effect as an original.

LAW OFFICES OF KIT J. GARDNER

Dated: 11/9/17

By: _____
Kit J. Gardner
Attorney for Debtor-in-Possession Lignus, Inc.

WELTMAN, WEINBERG & REIS CO., L.P.A.

Dated: ~~January 22, 2013~~
November 9, 2017

By: _____
Scott D. Fink
Attorney for Toyota Industries Commercial Finance, Inc.

4

Signed by Judge Christopher B. Latham November 17, 2017

```
                        United States Bankruptcy Court
                        Southern District of California
```

In re:                                                   Case No. 17-05475-CL
Lignus, Inc.                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0974-3        User: Admin.          Page 1 of 1        Date Rcvd: Nov 20, 2017
                            Form ID: pdfO1        Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db            +Lignus, Inc.,   531 Alta Road #8,   San Diego, CA 92154-5720
cr            +County Of San Diego,   Treasurer-Tax Collector,   1600 Pacific Highway, Room 162,
               San Diego, CA 92101-2477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Toyota Industries Commercial Finance Inc.
                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          Kit J. Gardner    on behalf of Debtor   Lignus, Inc. kgardner@gardnerlegal.com
          Leslie  Skorheim   on behalf of United States Trustee   United States Trustee
           leslie.skorheim@usdoj.gov,   USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
          United States Trustee    ustp.region15@usdoj.gov
                                                            TOTAL: 3
```