Kit James Gardner (161736)
**LAW OFFICES OF KIT J. GARDNER**
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 525-9900
Facsimile:   (619) 374-2241

Counsel for Debtor-in-Possession Lignus, Inc.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | CASE NO. 17-05475-CL11 |
| LIGNUS, INC., | CHAPTER 11 |
| Debtor. | **STATUS CONFERENCE REPORT OF DEBTOR IN POSSESSION LIGNUS, INC.** |

Debtor-in-Possession Lignus, Inc. (the "Debtor") hereby submits the instant Status Conference Report:

On September 8, 2017, the Debtor filed in this Court a voluntary Chapter 11 bankruptcy petition under Title 11 of the United States Code. In addition to the completed tasks set forth in the Debtor's status report filed on September 27, 2017, [Docket No. 24], the following additional tasks have been completed to date:

1.    A motion to employ an accountant for the Debtor *nunc pro tunc* was filed on November 30, 2017.

///

2.      The claims bar date of November 28, 2017, has now passed, and the Debtor anticipates filing a proposed Plan of Reorganization and Disclosure Statement in early January, 2018.

3.      The Debtor is current with respect to its monthly operating reports and fees payable to the United States Trustee.

4.      The Section 341(a) meeting of creditors was concluded on November 21, 2017. The United States Trustee has requested additional evidence of insurance, and has requested that the Debtor ask its insurance brokers to include the Debtor's name and case number in the "additional insured" boxes for notices to the U.S. Trustee.  The Debtor is working to complete those additional tasks.

5.      Prior to the November 21, 2017, Section 341(a) meeting, the Debtor had provided the U.S. Trustee with additional documents and information concerning its business, including a 90-day projected profit and loss statement.  The Debtor was pleased to report at the Section 341(a) meeting that the monthly actual profit for September exceeded the projected profit, and that the Debtor appears to be on track to meet or exceed its other monthly projections, all of which project healthy profits from the operations of the business.

LAW OFFICES OF KIT J. GARDNER

Dated:  12/1/2017_____        By: /s/ Kit J. Gardner_____.
                                     Kit J. Gardner
                                     Counsel to Debtor-in-Possession Lignus, Inc.

Status Conference Report of Debtor-in-Possession                    In re Lignus, Inc.
Lignus, Inc.                                                        17-05475-CL11