| | |
|---|---|
| 1 | Kit James Gardner (161736) |
| 2 | **LAW OFFICES OF KIT J. GARDNER**<br>501 West Broadway, Suite 800 |
| 3 | San Diego, CA  92101<br>Telephone: (619) 525-9900 |
| 4 | Facsimile:   (619) 374-2241 |
| 5 | General Bankruptcy Counsel for<br>Debtor-in-Possession Lignus, Inc. |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | CASE NO. 17-05475-CL11 |
| LIGNUS, INC., | CHAPTER 11 |
| Debtor. | **STATUS CONFERENCE REPORT OF DEBTOR IN POSSESSION LIGNUS, INC.** |

Debtor-in-Possession Lignus, Inc. (the "Debtor") hereby submits the instant Status Conference Report:

1. On January 5, 2018, the Debtor filed a Plan of Reorganization and a Disclosure Statement.  A hearing to approve the Disclosure Statement is presently scheduled for March 5, 2018, at 2:00 p.m.  The Debtor also filed a motion to extend the exclusivity period for confirming its Plan.  The hearing to approve that motion is also scheduled for March 5, 2018, at 2:00 p.m.

2. At the last status conference held December 18, 2017, the Debtor's counsel reported on a potential conflict of interest with respect to his representation of Chase Bank in other, unrelated matters.  On or about December 29, 2017, the Debtor retained K. Todd Curry of

1  Curry Advisors as its Special Bankuprtcy Counsel to represent it with respect to any matters
2  involving Chase Bank.
3        3.      An Application reaffirming and reauthorizing the representation of the Law Offices
4  of Kit J. Gardner ("the Firm") in light of the disclosure of the foregoing potential conflict of
5  interest was filed on January 19, 2018, and served on the Office of the United States Trustee in
6  order to provide that agency with an opportunity to reevaluate its earlier position taken with
7  respect to the Firm's representation.

                                                 LAW OFFICES OF KIT J. GARDNER

Dated:  1/22/18                          By: /s/ Kit J. Gardner                              .
                                              Kit J. Gardner
                                              General Bankruptcy Counsel to
                                              Debtor-in-Possession Lignus, Inc.