UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

LIGNUS, INC.

               Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 17-05475-CL11
OPERATING REPORT NO. 4
FOR THE MONTH ENDING:
DECEMBER 31, 2017

_____

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL  ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     $ 1,224,103.03 _____

2. LESS:     TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     $ 1,185,484.55 _____

3. BEGINNING BALANCE:     $ 38,618.48 _____

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE - PRE-FILING | $ 355,918.78_____ | |
| ACCOUNTS RECEIVABLE - POST-FILING | $ 144,317.34_____ | |
| GENERAL SALES | $ _____ | |
| OTHER (SPECIFY)_____ | $ _____ | |
| OTHER ** (SPECIFY)_____ | $ _____ | |

                              TOTAL RECEIPTS THIS PERIOD:   $ 500,236.12 _____

5. BALANCE:     $ 538,854.60

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| TRANSFERS TO OTHER DIP ACCOUNTS | $ _____ | |
| DISBURSEMENTS | $ 528,389.33 _____ | |
| TOTAL DISBURSEMENTS THIS PERIOD ***: | | $ 528,389.33 _____ |

7. ENDING BALANCE:     $ 10,465.27 _____

8. GENERAL ACCOUNT NUMBER  xxxxxxxxxx9807 _____

DEPOSITORY NAME AND LOCATION   California Bank & Trust
444 3rd Ave, Chula Vista, CA 91910

*   All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

Debtor-in-Possession Monthly Operating Report (Business) - Page 1 of  16

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 12/1/2017 | WIRE | Quart International | Invoice Payment | $ 28,200.00 |
| 12/1/2017 | WIRE | Big Lots | Office Expenses | $ 21.55 |
| 12/1/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,359.01 |
| 12/4/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/4/2017 | WIRE | JC Logistics International | Invoice Payment | $ 3,022.40 |
| 12/6/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/6/2017 | WIRE | Sandag | Invoice Payment | $ 160.00 |
| 12/06/017 | WIRE | Liberty Mutual | Invoice Payment | $ 213.42 |
| 12/7/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/7/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 8,622.30 |
| 12/7/2017 | WIRE | Quart International | Invoice Payment | $ 82,757.38 |
| 12/7/2017 | WIRE | All State Insurance | Invoice Payment | $ 2,874.80 |
| 12/8/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/8/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,228.91 |
| 12/11/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/14/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/14/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/14/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 8,569.57 |
| 12/14/2017 | WIRE | Quart International | Invoice Payment | $ 66,053.26 |
| 12/14/2017 | WIRE | T-Mobile | Invoice Payment | $ 871.79 |
| 12/15/2017 | WIRE | Natural Trade | Invoice Payment | $ 13,141.50 |
| 12/15/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,359.01 |
| 12/18/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/18/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 15,147.45 |
| 12/19/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/19/2017 | WIRE | Natural Trade | Invoice Payment | $ 21,728.00 |
| 12/20/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/20/2017 | WIRE | Target | Office Expenses | $ 16.32 |
| 12/21/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/21/2017 | WIRE | Quart International | Invoice Payment | $ 70,000.00 |

| Date | No. | Payee | Description | Amount |
|---|---|---|---|---|
| 12/21/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 17,097.00 |
| 12/21/2017 | WIRE | Sandag | Invoice Payment | $ 160.00 |
| 12/21/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 230.00 |
| 12/22/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/22/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 15.00 |
| 12/22/2017 | WIRE | Natural Trade | Invoice Payment | $ 11,182.08 |
| 12/22/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,570.64 |
| 12/26/2017 | WIRE | Cascade Hardwood | Invoice Payment | $ 14,014.00 |
| 12/28/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 14.00 |
| 12/28/2017 | WIRE | Kuehne Nagel Services | Invoice Payment | $ 14,974.22 |
| 12/28/2017 | WIRE | Aeromexico | Travel Expenses | $ 1,873.99 |
| 12/28/2017 | WIRE | CA Bank & Trust | Bank Fee | $ 56.22 |
| 12/29/2017 | WIRE | Oasis Outsourcing | Payroll | $ 6,228.91 |
| 12/4/2017 | 1063 | Pedro Duran | Sales Commision | $ 1,500.00 |
| 12/4/2017 | 1064 | Parr Lumber Company | Invoice Payment | $ 12,102.34 |
| 12/20/2017 | 1065 | Ferrer Brokers | Invoice Payment | $ 767.00 |
| 12/11/2017 | 1066 | Coronado Storage | Invoice Payment | $ 285.00 |
| 12/7/2017 | 1067 | Parr Lumber Company | Invoice Payment | $ 18,995.76 |
| 12/8/2017 | 1068 | Parr Lumber Company | Invoice Payment | $ 10,500.55 |
| 12/11/2017 | 1069 | Parr Lumber Company | Invoice Payment | $ 10,143.65 |
| 12/13/2017 | 1070 | Parr Lumber Company | Invoice Payment | $ 10,179.68 |
| 12/13/2017 | 1071 | Parr Lumber Company | Invoice Payment | $ 11,481.60 |
| 12/15/2017 | 1072 | Cesar Ramos | Christmas Bonus | $ 474.78 |
| 12/15/2017 | 1073 | Maria Jose Hagenah | Christmas Bonus | $ 500.00 |
| 12/18/2017 | 1074 | Parr Lumber Company | Invoice Payment | $ 11,481.60 |
| 12/19/2017 | 1075 | Pedro Duran | Sales Commision | $ 1,500.00 |
| 12/28/2017 | 1076 | Toyota Financial | Stipulated Payment | $ 9,832.29 |
| 12/28/2017 | 1077 | Toyota Financial | Stipulated Payment | $ 3,000.79 |
| 12/29/2017 | 1078 | Parr Lumber Company | Invoice Payment | $ 12,707.56 |
| | | | | |
| | | **TOTAL DISBURSEMENTS THIS PERIOD** | | $ 528,389.33 |

## GENERAL ACCOUNT
## BANK  RECONCILIATION*

Balance per bank statement dated: 12/31/17                    $ 23,298.35

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $ _____ |
| _____ | _____ |
| _____ | _____ |

       Total deposits in transit                                    0

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1076 | 12/28/17 | $ 9,832.29 |
| 1077 | 12/28/17 | $ 3,000.79 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

       Total outstanding checks                    <      12,833.08      >

Bank statement adjustments**                    _____

Adjusted bank balance                    $ 10,465.27

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

I.  CASH RECEIPTS AND DISBURSEMENTS (Continued)
B.  (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    $ N/A _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
       ACCOUNT REPORTS                                                                          $ _____

3.  BEGINNING BALANCE                                                                         $ _____

4.  RECEIPTS:
       TRANSFERRED FROM GENERAL ACCOUNT                                         $ _____

5.  BALANCE                                                                                          $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|
|      |           |       |        |

                                      TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                                                           $ _____

8.  PAYROLL ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____

                                                            Debtor-in-Possession Monthly Operating Report (Business) - Page 5 of 16

## PAYROLL ACCOUNT
## BANK  RECONCILIATION*

Balance per bank statement dated:_____                    $ N/A_____

Plus deposits in transit (a):

        Deposit Date        Deposit Amount

        _____     $ _____

        _____     _____

        _____     _____

    Total deposits in transit      _____

Less outstanding checks (a):

      Check Number    Check Date    Check Amount

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

    Total outstanding checks      < _____ >

Bank statement adjustments**      _____

Adjusted bank balance      $ _____

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 6 of  16

I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
B. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          $ N/A _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
        ACCOUNT REPORTS                                       $ _____

3.  BEGINNING BALANCE                                         $ _____

4.  RECEIPTS:
        TRANSFERRED FROM GENERAL ACCOUNT                      $ _____

5.  BALANCE                                                   $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    DATE        CHECK NO.              PAYEE          AMOUNT



                             TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                           $ _____


8.  TAX ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____


D. SUMMARY SCHEDULE OF CASH

    ENDING BALANCE FOR PERIOD:

            GENERAL ACCOUNT                  $ _____
            PAYROLL ACCOUNT                  $ _____
            TAX ACCOUNT                      $_____
            OTHER ACCOUNTS*:_____   $_____
            OTHER MONIES*:_____  $ _____
            PETTY CASH**                     $ _____

    TOTAL CASH AVAILABLE                     $ _____

* Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.
** Attach exhibit itemizing all petty cash transactions.

NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

## TAX ACCOUNT BANK
## RECONCILIATION*

Balance per bank statement dated: _____                      $ N/A _____

Plus deposits in transit (a):

|            Deposit Date            |            Deposit Amount            |
|------------------------------------|--------------------------------------|
|          _____             |        $ _____               |
|          _____             |          _____               |
|          _____             |          _____               |

Total deposits in transit                                                   _____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|--------------|------------|--------------|
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |
| _____  | _____  | _____  |

Total outstanding checks                              < _____ >

Bank statement adjustments**                              _____

Adjusted bank balance                              $ _____


\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement  adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of  16

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS,
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Chase/Land Rover* | Monthly | $1,231.43 | 0 | 0 |
| Ally* | Monthly | $873.51 | 0 | 0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE | 0 |

* Payments are being made by third party.

## III.  TAX LIABILITIES

FOR THE REPORTING PERIOD:
      GROSS SALES SUBJECT TO SALES TAX         $ 0
      TOTAL WAGES PAID         $ (see note below)

|  | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ |  |
| STATE WITHHOLDING | $ | $ |  |
| FICA - EMPLOYER'S SHARE | $ | $ |  |
| FICA - EMPLOYEE'S SHARE | $ | $ |  |
| FEDERAL UNEMPLOYMENT | $ | $ |  |
| STATE WITHHOLDING | $ | $ |  |
| SALES AND USE | $ | $ |  |
| REAL PROPERTY | $ | $ |  |
| OTHER: (SPECIFY) | $ | $ |  |
| TOTAL: | $ | $ |  |

**NOTE**: All payroll and taxes are paid by Oasis Outsourcing, Inc. ("Oasis"), a Professional Employer Organization, which bills the Debtor for the gross liability paid by Oasis.  The Debtor is current on its obligations to Oasis.

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS RECEIVABLE Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less | $ 308,872.33 | $  2,598.16 | $ 1,032,592.35 |
| 31 - 60 days | $ (200.36) | | $ 499,253.67 |
| 61 - 90 days | $ (288.21) | | $ 463,542.21 |
| 91 - 120 days | $ (2,719.13) | $ 57,538.06 | $ (17.14) |
| Over 120 days | | $ 97,041.00 | |
| TOTALS: | $ 305,664.63 | $ 157,177.22 | $ 1,995,371.09 |

## V.  INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | United Fire Group | $1,000,000.00 | 7/21/2018 | Current |
| Worker Compensation | Zurich | $1,000,000.00 | 6/01/2018 | Current |
| Casualty | | | | |
| Vehicle | Allstate | $1,000,000.00 | 12/04/2018 | Current |
| _____ | | | | |
| _____ | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| 9/30/2017 | $368,452.60 | $4,875.00 | 10/17/17 11/15/17 | $325.00 $4,550.00 | 0 |
| 12/31/17 | $817,031.95 | $4,875.00 | 1/15/18 | $6,500.00 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*  Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Debtor-in-Possession Monthly Operating Report (Business) - Page 9 of 14

VII. <u>SCHEDULE OF COMPENSATION PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| Carmen Hernandez | Interim 9/11/17 Final 10/6/2017 | $1,800.00 /week | $7,200.00 |
| Jose Gaitan | Interim 9/11/17 Final 10/6/2017 | $1,800.00/week | $7,200.00 |
| Jose Carlos Gaitan | Interim 9/11/17 Final 10/6/2017 | $634.48/week | $2,537.92 |
| | | | |
| | | | |

\*  Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

\*\*Indicates payments made for the entire month of September, including pre-petition payment.


VIII. <u>SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| Carmen Elisa Hernandez* | | Reimbursement - Toll Road Invoice | $800.00* |
| | | | |
| | | | |
| | | | |
| | | | |

\* Reimbursement of corporate expense paid with personal credit card.  This is not believed to fall within the scope of Local Bankruptcy Rule 4002-2 since it is not compensation or remuneration.

# LIGNUS, INC.
## Profit & Loss Statement
## December 2017

| Account Name | System Currency |
|---|---|
| Revenues | $ 744,964.06 |
| | |
| 410000000000000 - Sales Revenue | $ 744,964.06 |
| 420000000000000 - Sales Discounts & Rebates | |
| 430000000000000 - Other Revenue | |
| | _____ |
| Total Revenues | $ 744,964.06 |
| | |
| Cost of Sales | $ (693,234.03) |
| | |
| 510000000000000 - Cost of Sales | $ (693,470.67) |
| 520000000000000 - Cost of Sales Inventory Variances | $ (200.00) |
| 530000000000000 - Cost of Sales - Landed Costs | $ 200.00 |
| 540000000000000 - Cost of Sales - Resources Costs & Variances | |
| 550000000000000 - Cost of Sales - Cash Discount | $ 236.64 |
| | _____ |
| Total Cost of Sales | $ (693,234.03) |
| | |
| | _____ |
| Gross Profit | $ 51,730.03 |
| Expenses | $ (43,786.76) |
| | |
| 610000000000000 - Office & Administrative Expenses | $ (8,973.04) |
| 620000000000000 - Legal & Professional Expenses | $ (3,119.85) |
| 630000000000000 - Travel Expenses | |
| 640000000000000 - Payroll Expenses | $ (27,656.64) |
| 650000000000000 - Tax Expenses | $ (1,835.71) |
| 660000000000000 - Sales Write Offs and Bad Debt Expense | |
| 670000000000000 - Depreciation & Amortization Expenses | |
| 680000000000000 - Other Expenses | |
| 690000000000000 - Operational fees | $ (2,201.52) |
| | _____ |
| Total Expenses | $ (43,786.76) |
| | |
| | _____ |
| Operating Profit | $ 7,943.27 |
| Financing | |

710000000000000 - Currency Exchange

Total Financing                                          _____

Profit After Financing Expenses                $        7,943.27
Other Revenues and Expenses

810000000000000 - Other Revenue & Expenses

Total Other Revenues and Expenses              _____

Profit Period                                  $        7,943.27
                                               =============

# LIGNUS, INC.
# BALANCE SHEET
# As of december 31, 2017

| Account Name | | Balance | Relative Percentage |
|---|---|---|---|
| Assets | $ | 2,427,117.43 | 100.00% |
| | | | |
| 110000000000000 - Bank & Cash | $ | 16,675.42 | 0.69% |
| 120000000000000 - Accounts Receivables | $ | 2,152,548.31 | 88.69% |
| 130000000000000 - Inventories | $ | 117,078.53 | 4.82% |
| 150000000000000 - Fixed Assets | $ | 127,450.99 | 5.25% |
| 160000000000000 - Accumulated Depreciation | $ | (7,808.57) | -0.32% |
| 170000000000000 - Other Current Assets | $ | 7,672.75 | 0.32% |
| 180000000000000 - Other asset | $ | 13,500.00 | 0.56% |
| | | | |
| Total Assets | $ | 2,427,117.43 | 100.00% |
| | | | |
| | $ | 2,427,117.43 | 100.00% |
| | | ============ | ============ |
| | | | |
| Liabilities | $ | 2,645,650.84 | 100.00% |
| | | | |
| 210000000000000 - Accounts Payable | $ | 2,541,266.21 | 96.05% |
| 220000000000000 - Sales & Use Tax Liabilities | $ | 2,335.89 | 0.09% |
| 230000000000000 - Payroll Liabilities | $ | 800.00 | 0.03% |
| 240000000000000 - Other Current Liabilities | $ | 101,248.74 | 3.83% |
| | | | |
| Total Liabilities | $ | 2,645,650.84 | 100.00% |
| | | | |
| Equity | $ | (218,533.41) | 100.00% |
| | | | |
| 310000000000000 - Capital | $ | (16,465.01) | 7.53% |
| 320000000000000 - Retained Earnings | $ | 103,047.35 | -47.15% |
| Profit Period | $ | (305,115.75) | 139.62% |
| | | | |
| Total Equity | $ | (218,533.41) | 100.00% |
| | | | |
| | $ | 2,427,117.43 | 100.00% |
| | | ============ | ============ |

## XI.  <u>QUESTIONNAIRE</u>

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    <u>  X  </u>No.

    _____Yes.  Explain _____

    _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    <u>  X  </u>No.

    _____Yes. Amount, to whom, and for what period? _____

    _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

    The Debtor drafted a Plan of Reorganization and Disclosure Statement during the reporting period,

    which were filed on January 5, 2018.

    _____

    _____

4.  Describe potential future developments which may have a significant impact on the case.

    _____

    _____

    _____

    _____

    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report?

    X_____ No.

    _____ Yes. Please set forth the amounts and the source of the income.

_____

_____

_____

I, Jose Gaitan, CFO of Lignus, Inc._____ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 01/24/2018

_____

Jose Gaitan, CFO of Lignus, Inc.

ORR-page 36 (rev 3/1/2015)

# CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 6
This Statement: December 29, 2017
Last Statement: November 30, 2017

Account ▓▓▓▓9807

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0072404          4364-06-0000-CBT-PG0030-00018

LIGNUS INC
DEBTOR-IN-POSSESSION CASE 17-05475-CL11
531 ALTA RD STE 8
SAN DIEGO CA  92154-5720

Chula Vista
444 Third Avenue
Chula Vista, CA 91910-4603
(619) 409-4000

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ▓▓▓▓9807 | $23,298.35 | |

## BUSINESS ADVANTAGE CHECKING 5794059807

105    18

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 38,618.48 | 500,236.12 | 412,936.73 | 102,619.52 | 23,298.35 |

### 19 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 12/04 | 500.00 | DEPOSIT  5353057559 |
| 12/04 | 7,841.00 | DEPOSIT  5353091543 |
| 12/04 | 25,000.00 | WIRE/IN-2017120400003906;ORG CARPIMAT DEL NOROESTE S DE RL D  1305101033 |
| 12/06 | 10,000.00 | WIRE/IN-2017120600003630;ORG RAFAEL CAMPOS HERRERA;OBI PAGO  1304400988 |
| 12/07 | 95,000.00 | WIRE/IN-2017120700004693;ORG CARPIMAT DEL NOROESTE  1304501201 |
| 12/08 | 15,000.00 | WIRE/IN-2017120800006663;ORG CARPIMAT DEL NOROESTE S DE RL D  1304301904 |
| 12/11 | 30,000.00 | WIRE/IN-2017121100005881;ORG CARPIMAT DEL NOROESTE  1304301616 |
| 12/14 | 57,000.00 | WIRE/IN-2017121400007729;ORG CARPIMAT DEL NOROESTE  1304701970 |
| 12/14 | 50,000.00 | WIRE/IN-2017121400007860;ORG CARPIMAT DEL NOROESTE S DE RL D  1304702026 |
| 12/18 | 20,000.00 | WIRE/IN-2017121800005298;ORG CARPIMAT DEL NOROESTE S DE RL D  1304601563 |
| 12/19 | 504.00 | UNITED FIN CAS REFUND POL *******2 REF # 017352004550176  1106904067 |
| 12/19 | 13,000.00 | WIRE/IN-2017121900005020;ORG CARPIMAT DEL NOROESTE  1303901414 |
| 12/20 | 20,000.00 | WIRE/IN-2017122000008268;ORG CARPIMAT DEL NOROESTE S DE RL D  1304102415 |
| 12/21 | 1,180.14 | DEPOSIT  5353081715 |
| 12/21 | 66,000.00 | WIRE/IN-2017122100007462;ORG CARPIMAT DEL NOROESTE  1304202222 |
| 12/22 | 14,210.98 | DEPOSIT  5353079347 |
| 12/22 | 7,000.00 | WIRE/IN-2017122200005066;ORG CARPIMAT DEL NOROESTE  1305301542 |
| 12/22 | 15,000.00 | WIRE/IN-2017122200009770;ORG CARPIMAT DEL NOROESTE S DE RL D  1305302931 |
| 12/28 | 53,000.00 | WIRE/IN-2017122800008938;ORG CARPIMAT DEL NOROESTE  1304402452 |

### 43 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 12/01 | 28,200.00 | WIRE/OUT-2017120100009488;BNF QUART INTERNATIONAL COMPANY LI  1304602700 |
| 12/01 | 21.55 | 0252 P.O.S. PURCHASE BIG LOTS S BIG LOTS ST ESCONDIDO CA  1405917019 |
| 12/01 | 6,359.01 | OASISINVBATCH INVOICE H02644439 REF # 017334002764134  1107936698 |
| 12/04 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/04 | 3,022.40 | WIRE/OUT-2017120400005896;BNF JC LOGISTICS INTERNATIONAL  1305101505 |
| 12/06 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/06 | 160.00 | 2449398AK0D 184KZ9 0252 SANDAG/SR-125 SAN DIEGO CA  1207718716 |
| 12/06 | 213.42 | LIBERTY MUTUAL PAYMENT AO*******3994REF # 017339006642464  1107207068 |
| 12/07 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/07 | 8,622.30 | WIRE/OUT-2017120700004890;BNF KUEHNE NAGEL SERVICES  1304501285 |
| 12/07 | 82,757.38 | WIRE/OUT-2017120700004929;BNF QUART INTERNATIONAL COMPANY LI  1304501297 |
| 12/07 | 2,874.80 | ALLSTATE INS CO PREM PY ABI648802918 REF # 017340007650540  1107310552 |
| 12/08 | 15.00 | WIRE FEE-INCOMING INT CURR |



A division of ZB, N.A. Member FDIC

0072404-0000001-0172520

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1.  LIST your checkbook balance. | |
| | | 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3.  SUBTOTAL: | |
| | | 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| | | STATEMENT BALANCE | |
|---|---|---|---|
| | | 6.  LIST your current statement balance as shown on the front of this statement. | |
| | | 7.  ADD deposits made, but not shown on this statement. | |
| | | 8.  SUBTOTAL: | |
| | | 9.  SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                                                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts.** The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances  • Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 6
December 29, 2017
LIGNUS INC
████9807

Continued ...

| Date | Amount | Description |
|---|---|---|
| 12/08 | 6,228.91 | OASISINVBATCH INVOICE H02648464 REF # 017341008463255  1107309713 |
| 12/11 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/14 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/14 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/14 | 8,569.57 | WIRE/OUT-2017121400007805;BNF KUEHNE NAGEL SERVICES  1304702014 |
| 12/14 | 66,053.26 | WIRE/OUT-2017121400007935;BNF QUART INTERNATIONAL COMPANY LI  1304702036 |
| 12/14 | 871.79 | T-MOBILE.COM PCS SVC REF # 017348002455219  1107931381 |
| 12/15 | 13,141.50 | WIRE/OUT-2017121500006654;BNF NATURAL TRADE LTD  1304703405 |
| 12/15 | 6,359.01 | OASISINVBATCH INVOICE H02654004 REF # 017348002757917  1108113190 |
| 12/18 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/18 | 15,147.45 | WIRE/OUT-2017121800005440;BNF KUEHNE NAGEL SERVICES  1304601611 |
| 12/19 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/19 | 21,728.00 | WIRE/OUT-2017121900005086;BNF NATURAL TRADE LTD  1303901426 |
| 12/20 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/20 | 16.32 | 0252 P.O.S. PURCHASE TARGET T-0 TARGET T-02 Chula Vist CA  1405516594 |
| 12/21 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/21 | 70,000.00 | WIRE/OUT-2017122100007884;BNF QUART INTERNATIONAL COMPANY LI  1304202360 |
| 12/21 | 17,097.00 | WIRE/OUT-2017122100007894;BNF KUEHNE NAGEL SERVICES  1304202362 |
| 12/21 | 160.00 | 2449398B20D182G64 0252 SANDAG/SR-125 SAN DIEGO CA  1207219756 |
| 12/21 | 230.00 | ANALYSIS SERVICE FEE |
| 12/22 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/22 | 15.00 | WIRE FEE-INCOMING INT CURR |
| 12/22 | 11,182.08 | WIRE/OUT-2017122200009790;BNF NATURAL TRADE LTD  1305302935 |
| 12/22 | 6,570.64 | OASISINVBATCH INVOICE H02657854 REF # 017355007080789  1107109460 |
| 12/26 | 14,014.00 | WIRE/OUT-2017122600003420;BNF CASCADE HARDWOOD LLC  1304001115 |
| 12/28 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 12/28 | 14,974.22 | WIRE/OUT-2017122800008993;BNF KUEHNE NAGEL SERVICES  1304402476 |
| 12/28 | 1,873.99 | 7491564BA3K45JZ1J 0252 AEROMEXICO LGSZVT NUEVO POR MX MX  1206315904 |
| 12/28 | 56.22 | 7491564BA3K45JZ1J 0252 FOREIGN TRANS. FEE NUEVO POR MX MX  1206315905 |
| 12/29 | 6,228.91 | OASISINVBATCH INVOICE H02662475 REF # 017362000635300  1107518808 |

**14 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1063 | 12/04 | 1,500.00 | 1068 | 12/08 | 10,500.55 | 1073 | 12/15 | 500.00 |
| 1064 | 12/04 | 12,102.34 | 1069 | 12/11 | 10,143.65 | 1074 | 12/18 | 11,481.60 |
| 1065 | 12/20 | 767.00 | 1070 | 12/13 | 10,179.68 | 1075 | 12/19 | 1,500.00 |
| 1066 | 12/11 | 285.00 | 1071 | 12/13 | 11,481.60 | 1078* | 12/29 | 12,707.56 |
| 1067 | 12/07 | 18,995.76 | 1072 | 12/15 | 474.78 | | | |

*Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 4,037.92 | 12/13 | 8,238.13 | 12/21 | 1,737.99 |
| 12/04 | 20,739.18 | 12/14 | 39,714.51 | 12/22 | 20,167.25 |
| 12/06 | 30,350.76 | 12/15 | 19,239.22 | 12/26 | 6,153.25 |
| 12/07 | 12,086.52 | 12/18 | 12,595.17 | 12/28 | 42,234.82 |
| 12/08 | 10,342.06 | 12/19 | 2,857.17 | 12/29 | 23,298.35 |
| 12/11 | 29,899.41 | 12/20 | 22,058.85 | | |

